PAGE 01/03

**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**
720 EAST WISCONSIN AVENUE, MILWAUKEE, WI 53202

**MEDICAL HISTORY QUESTIONNAIRE**

INSURED NAME (Print the name in this format: First Name, M.I., Last Name): Warren Townsend

Each question must be individually asked and answered. For questions 3–12, use the DETAILS section to explain all "Yes" responses. Specify the question number and provide relevant details.

1. Do you have a regular or personal physician, doctor, or healthcare provider? If "Yes," complete the information below. ☑ Yes ☐ No
(If you have been receiving care from your provider for less than 2 years, please note your former provider's information in DETAILS section.)

NAME: Dr Wilner Larry
ADDRESS: 7280 Lagae Rd    CITY: Castle Rock    STATE: CO    ZIP CODE: 80108
TELEPHONE NUMBER: 303-814-0505
DATE LAST SEEN: 3/2017    REASON: routine checkup

2. In the last 5 years, have you used tobacco, any other type of product containing nicotine, or a smoking cessation medication? ☐ Yes ☐ No

| Type of Product | Date Last Used (mm/yyyy) | Frequency Used (Per Year) |
|---|---|---|
| Cigarettes | | |
| Nicotine patch or gum | | |
| Chew or snuff | | |
| Cigars or pipe | | |
| Other | | |

DETAILS
(1) Signs, symptoms, and diagnosis;
(2) Dates and results of any evaluations, tests, or treatments;
(3) Date of diagnosis, dates/frequency of service/care, and time since last symptoms or time since recovery;
(4) Names, complete addresses, and telephone numbers of all healthcare providers seen for the disease/condition.

3. In the last 10 years, have you been told you had, been diagnosed with, or treated for any of the following by a medical professional: (YES / NO)

a) High blood pressure or high cholesterol levels? ☐ ☑
b) Temporomandibular joint (TMJ) syndrome or any other disease or disorder of the eyes, ears, nose, sinuses, mouth, throat, or speech? ☐ ☑
c) Dizziness, vertigo, imbalance, seizure, epilepsy, loss of consciousness, muscle weakness or paralysis, neuropathy, difficulty walking, memory loss or impairment, tremor, headaches, concussion or any other disease or disorder of the brain or nervous system? ☐ ☑
d) Anxiety, depression, stress, bipolar disorder, attention deficit hyperactivity disorder (ADHD), post-traumatic stress disorder (PTSD), eating disorders or any other psychiatric or mental health disease or disorder? ☑ ☐
e) Asthma, emphysema, chronic obstructive pulmonary disease (COPD), wheezing, sleep apnea, sleep disorders, chronic cough, trouble breathing or any other disease or disorder of the lungs or respiratory system? ☐ ☑
f) Ulcer, blood in the stool, colitis (including Crohn's disease or ulcerative colitis), irritable bowel, hepatitis, recurrent heartburn, difficulty swallowing, pancreatitis, loss of appetite, recurrent or persistent diarrhea or vomiting, or any other disease or disorder of the esophagus, stomach, intestines, liver, gallbladder, or pancreas? ☐ ☑
g) Chest pain/tightness/discomfort, angina, coronary artery disease (CAD), heart attack, heart murmur, heart valve disease, heart failure, irregular heartbeat, stroke, transient ischemic attack (TIA), aneurysm or any other disease or disorder of the heart, blood vessels, or circulatory system? ☐ ☑
h) Sugar, blood or protein in the urine, chronic kidney disease (CKD), kidney stone or infection, sexually transmitted disease or any other disease or disorder of the kidney(s), urinary tract, bladder, prostate, reproductive organs, or breasts? ☐ ☑
i) Diabetes or elevated blood sugar, thyroid, pituitary, or adrenal disease or any other disease or disorder of the endocrine (glandular) system? ☐ ☑
j) Cancer, tumors, masses, cysts, nodules, or polyps? ☐ ☑
k) Anemia, bleeding or clotting disorder, recurrent infection, abnormal lymph node(s), allergies, or any disease or disorder of the immune system (except as related to the human immunodeficiency virus or HIV), blood, blood cells, or bone marrow? ☐ ☑
l) Arthritis, lupus, fibromyalgia, carpal tunnel syndrome, amputation, or any pain, disease, or disorder of the muscles, bones, joints (including but not limited to the knees and hips), spine, back, neck or extremities? ☐ ☑
m) Chronic fatigue syndrome, chronic pain, chronic or unexplained fatigue, malaise or fever of unknown cause? ☐ ☑
n) Psoriasis, eczema, atopic or contact dermatitis or any other disease or disorder of the skin? ☐ ☑

#3d. mild depression under control with meds

06/21/2017 14:29:19

NORTHWESTERN0575
EXHIBIT A

MEDICAL HISTORY QUESTIONNAIRE

4. a) Have you ever sought, received, or been advised to seek treatment, counseling, or participation in a support group for the use of alcohol or drugs?

b) Have you ever been advised to reduce or discontinue the use of alcohol? If "Yes," explain in DETAILS section and indicate the average number of drinks (if any) you currently consume per week.

c) In the last 10 years, have you used marijuana, cocaine, heroin, methamphetamine, hallucinogens, or any other illegal drug or substance?

d) In the last 10 years, have you used tranquilizers, sedatives, amphetamines, narcotics, or any other controlled substance other than as prescribed by a physician or in excess of dosages prescribed by a physician?

5. Are you pregnant? If "Yes," what is the due date?

6. Other than as previously stated on the application, in the last 5 years, have you:
a) Consulted any other healthcare providers (medical doctors, psychiatrists, psychologists, counselors/therapists, chiropractors, naturopaths, occupational/physical/speech therapists or other providers)?

b) Been a patient in a hospital, clinic, rehabilitation center, or medical facility?

c) Had any diagnostic or screening tests (EKGs, x-rays, blood tests, CT scans, MRI scans, heart scans, biopsies, or other tests except for human immunodeficiency virus or HIV)?

d) Had surgery?

e) Been advised to have any test, consultation, hospitalization, or surgery that was not completed (except as related to the human immunodeficiency virus or HIV)?

7. a) During the last 6 months, have you worked in your regular occupation less than your usual number of hours per week because of any sickness or injury?

b) In the last 5 years, have you requested or received payments, benefits, or a pension because of any injury, accident, sickness, disability, or impairing condition?

8. Complete 8a and 8b.
a) Do you have any immediate family members (including any living or deceased parents and siblings) who were ever diagnosed or treated by any member of the medical profession for heart disease, stroke, diabetes, kidney disease, cancer (e.g., melanoma, breast cancer, or other cancers), or any hereditary disease(s) or condition(s)? If "Yes," list any tests you may have had to evaluate inherited risk in DETAILS section.

b) Provide the following information about your immediate family members including any conditions from 8a.

| FAMILY MEMBER | CONDITION(S) & ILLNESS | medical condition(s) | AGE AT DIAGNOSIS | AGE AT DEATH | CAUSE (OF DEATH) |
|---|---|---|---|---|---|
| Father | 73 | | | | |
| Mother | 74, 49 | | | | |
| Sister(s) | 51, 49 | | | | |
| Brother(s) | | | | | |

9. Complete 9a and 9b. Examiners – do not complete 9a.
a) Height:_____ Weight:_____
b) Have you lost more than 10 pounds in the last 6 months? If "Yes," indicate the number of pounds lost _____ and explain the reason in DETAILS section.

10. Have you ever tested positive for human immunodeficiency virus (HIV), or been diagnosed by a member of the medical profession with acquired immune deficiency syndrome (AIDS)?

11. Other than as previously stated on this application, are you taking any medications or drugs (legal or illegal, prescription or non-prescription/over-the-counter, supplements, or medical marijuana) for any reason? If "Yes," list the medication(s)/drug(s) and the reason(s) for use in DETAILS section.

12. If the insured is 2 years of age or under:
a) What was the insured's birth weight? _____ lbs. _____ oz.
b) Was the insured born prematurely (gestational age < 37 weeks)? If "Yes," what was the insured's gestational age (in weeks) at birth _____
c) Has the insured been evaluated, tested, or treated for or diagnosed with developmental delay or disorders, any growth concerns (length/height/weight), or failure to thrive (FTT)?
d) Has the insured received or been advised to receive early education services or occupational, physical, speech, or language therapy?

SIGNATURE(S)
I have reviewed any answers and statements in this application and declare that they are correct, complete, and true to the best of my knowledge and belief. Statements in this application are representations and not warranties.

Signature of Insured (or Parent/Guardian)

Signed by Insured at CITY and STATE: Denver Co

Signature of:
☐ INFORMAL AGENT (include agent #) — non exam
☐ MEDICAL EXAMINER — paramedical exam
☐ Special Examiner — medical exam

DATE (MM/DD/YYYY): 6/6/17

*Handwritten notes (right margin):*
#11. om eprazole for acid reflux
Sertralin HCL for depression
on winer.

#6 a, c, d.
12/2016
® knee acc.
Panorama medical center
Golden, Co 80401
x-ray, blood work

4/2017
® foot.
bonien.
Removed

5/2017
® foot bonien.
Removed.
Panorama medical center
Golden Co 80401.
xray blood work

ICC13 10-4(0315) (R)

06/21/2017 14:29:19

NORTHWESTERN0576
EXHIBIT A

Page 2 of 2 of NCL-405.1