Jun. 14. 2019  3:12PM                                                      No. 5552   P. 49/208

Page 5 of 8

| ☒ N/A | **FALL RISK FACTORS** | | | |
|---|---|---|---|---|
| ❑ Unsteady Gait    ❑ Age over 50    ❑ Multiple medications    ❑ Withdrawing from substances    ❑ History of falls | | | | |
| ❑ Uses cane/crutches/other device    ❑ Other/Describe: _____ | | | | |

## ❑ DENIES   CURRENT MEDICATIONS

| Per RX | Per Pt. Report | Name of Medication | Dose | Schedule/ Frequency | Indication | Prescribing Doctor | Compliant | | Last Dose |
|---|---|---|---|---|---|---|---|---|---|
| ❑ | ☒ | PRILOSEC | 40mg | PO DAILY | GERD | WILNER | Ⓨ | N | 10/14 |
| ❑ | ☒ | SERTRALINE | 100mg | Po DAILY | DEPRESSION | WILNER | Ⓨ | N | 10/14 |
| ❑ | ❑ | | | | | | Y | N | |
| ❑ | ❑ | | | | | | Y | N | |
| ❑ | ❑ | | | | | | Y | N | |
| ❑ | ❑ | | | | | | Y | N | |
| ❑ | ❑ | | | | | | Y | N | |
| ❑ | ❑ | | | | | | Y | N | |

## ❑ DENIES   SUBSTANCE USE

☒ Yes ❑ No    HAVE YOU USED ANY PSYCHOACTIVE OR MOOD ALTERING SUBSTANCES WITHIN THE PAST 12 MONTHS?

| ☒ Alcohol | ❑ Caffeine | ❑ Marijuana | ❑ Pain Medication |
|---|---|---|---|
| ❑ Amphetamines | ❑ Cocaine/Crack | ❑ Methadone | ❑ Sedatives |
| ❑ Benzodiazepines | ❑ Hallucinogens | ❑ Nicotine | ❑ Other:_____ |
| ❑ Barbiturates | ❑ Inhalants | ❑ Opiates | |

| Substance top 3 | Amount/Frequency/Route | Duration of Use | Age of 1st use | Last use | Amount used in last 24-48 hours |
|---|---|---|---|---|---|
| ETOH | 2-5 DRINKS / 1-2 X WK / ORAL | 10+ YRS | 16 | 10/14 | 4 DRINKS |
| COCAINE | DID 1-2 X , SNORT | 1-2 X ONLY | 43 | 3/18 | ∅ |
| | | | | | |
| | | | | | |

UTOX results: ⊖ FOR ALL, EXCEPT ETOH

Longest period of sobriety: _____ N/A _____    Drug of choice (specific): __ETOH__

Do You Smoke: ❑ Yes ☒ No    If Yes how much a day: ___N/A___

## ❑ N/A   SUBSTANCE USE/WITHDRAWAL SYMPTOMS

Current Symptoms/Experiences related to withdrawal *(check all that apply)*:

❑ Sweats   ❑ Nausea/Vomiting   ❑ Cramps   ❑ Fever   ❑ Tremors   ❑ Anxiety   ❑ Cravings    NO WITHDRAWAL
❑ Hallucinations   ❑ Black outs   ❑ Seizures   ❑ Irritability   ❑ Delirium   ❑ Parauoia    SYMPTOMS
❑ Other:_____

Has the patient ever received Chemical Dependency Treatment? ❑ Yes ☒ No

Where:_____ When:_____

Outcome:_____

Additional information regarding patient's substance use:

Has substance use ever impacted you in the following areas:

Family: ❑ Yes ☒ No   If yes Describe: _____

Financial: ❑ Yes ☒ No   If yes Describe: _____

Job/School: ❑ Yes ☒ No   If yes Describe: _____

Medical: ❑ Yes ☒ No   If yes Describe: _____

Other: ❑ Yes ☒ No   If yes Describe: _____

TOWNSEND, DARREN
M# 000029496 06/07/1973
0135636-0014 10/15/2018
T. VERTREES MD   M   IPL
UNITED BEHAVIORAL HEALTH

NORTHWESTERN0306
EXHIBIT B