```
RUN DATE: 10/14/18        Denver Patient Care Inquiry  for ESL.CM              PAGE 4
RUN TIME: 2242                        PATIENT ASSESSMENT
RUN USER: ESL.CM
                           Behavioral Health Assessment

Patient: TOWNSEND,DARREN ANTHONY                          Age/Sex: 45 M
Account #: AS1506962197                                   Unit #: AS00518236
Admit Date:                                               Location: AS.ED
Status: REG ER                                            Room/Bed: -
Attending: Holland,David Charles  MD
```

                          Visual disturbances:
                    Headache, fullness in head:
              Orientation and clouding of sensorium:
                               CIWA-Ar score:
                 - - DRUG USE - -
    Drug or illegal substance use within last 12 months: Yes
    Other substances used: Yes
    Other substance type:
     - - Cocaine - -
    Instance list status: Active
    Amount used per week: one line
    Last date used: 03/28/18
    Last use amount: One line
    <End>
       Pattern of drug use: Episodic
             Last drug use: 6 or seven months ago
             Age of onset: 43
                        Problems resulting from drug use: None identified
                              Signs and symptoms of drug abuse:

                       Do you believe drugs are a problem: No
                             Comments regarding drug use:

             - - ADDICTIVE BEHAVIORS - -
                        Engaged in any addictive behaviors within last 12 months:
                        Yes
    Other addictions: Yes
    Other addictions:
     - - Internet - -
    Instance list status: Active
    How often engaged in addictive behavior: Daily 6-7 hours per day
    How long engaged in addictive behavior: 2-3 months
    How much engaged in addictive behavior: Daily 6-7 hours
    Last time engaged in addictive behavior: Today
    -----------------------------------------------------------------------
     - - Sex - -
    Instance list status: Active
    How often engaged in addictive behavior: Daily 6-7 hours per day
    How long engaged in addictive behavior: 2-3 months
    How much engaged in addictive behavior: 6-7 hours per day
    Last time engaged in addictive behavior: Today
    <End>
        Age of onset: 35
                           Pattern of addictive behavior: Continuous
                Problems resulting from addictive behavior: School issues
                                                   Family problems
                                                   Relationship stress
                     Signs and symptoms of addictive behavior:

**TOWNSEND000448**

EXHIBIT E