Karen Townsend - February 8, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02809-KLM

_____

KAREN TOWNSEND,

    Plaintiff,

vs.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

_____

VIDEO VIDEOCONFERENCED DEPOSITION OF KAREN TOWNSEND

February 8, 2021

_____

VIDEOCONFERENCED APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

    KERRI J. RUGH, ESQ.

    Levin Sitcoff PC

    1512 Larimer Street, Suite 650

    Denver, Colorado 80202

    Phone:  303-575-9390

    Email:  kjr@levinsitcoff.com

ON BEHALF OF THE DEFENDANT:

    JON F. SANDS, ESQ.

    MARILYN S. CHAPPELL, ESQ.

    Sweetbaum Sands Anderson PC

    1125 17th Street, Suite 2100

    Denver, Colorado 80202

    Phone:  303-296-3377

    Email:  jsands@sweetbaumsands.com

    Email:  mchappell@sweetbaumsands.com

Also Present:

    Jerry DeBoer, Videographer

    James Farmer

    Clay Greene

Page 1

EXHIBIT I

Karen Townsend - February 8, 2021

A.    No.  Never.

Q.    ███████████████████████████████████ ███████████████████████████████████████ do you recall anybody using any cocaine?

A.    No.

Q.    Any other drugs that were illegal at the time?

A.    No.

Q.    Ma'am, you've -- you knew Mr. Townsend for many years.  From high school, correct?

A.    Yes.

Q.    I think that's what you told me.  Did you ever have the experience where you saw Mr. Townsend actually use cocaine?

A.    No.  Never.  In fact, we -- when I saw that that was the reason for the denial, I was -- I was shocked by it.  I was shocked by the reason for the denial.

He told me about a one-time use when we were -- it was June of 2018.  I remember that because he went on a -- he went on a business trip with me, and he told me he had used cocaine earlier that year and was sorry about it, and, you know, we had a brief conversation about it.  But prior to -- and I was shocked when he told me he did it because we had -- I mean, growing up in high school, he was -- he never went to parties.  He -- he was

Page 38

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT I

Karen Townsend - February 8, 2021

have a --

MS. RUGH:  Let him finish.

THE DEPONENT:  Sorry.  I'm sorry.

Q.   (By Mr. Sands) And I'm sorry.  Okay.  You told his sister.  You were about to say -- again, other than your lawyers, did you talk to anyone else about the suggestion that Mr. Townsend had used cocaine on a prior occasion prior to his death, obviously?

A.   Did I talk to them about it prior to his death?

Q.   No, no, no.  My question wasn't clear.  Since --

A.   About --

Q.   -- Mr. -- since Mr. Townsend's passing, have you asked anybody about it?  "Gee, did you know, for example, that Mr. -- that Darren Townsend had done some cocaine ever?"

A.   Okay.  So I told his sister about it when I got the denial letter because I was so shocked by that being the reason it was denied because I knew in my heart that he did not falsify anything on his life insurance application, and it just -- it just shocked me.

And, then, I suppose once we got things underway, I did call a friend of his that I knew that he knew from Shotgun Willie's to see if she knew when -- who

Page 42

EXHIBIT I

Karen Townsend - February 8, 2021

he would have gotten it from there because that's where he indicated that he had used it earlier that year.

THE VIDEOGRAPHER:  Counsel, I'm sorry.  I froze up on my end here.  I don't know if that froze up for everybody else.

MR. SANDS:  You know, we've been going an hour.  Why don't we take a break while you're fixing that anyway?  Why don't we take a ten-minute break?  Is everybody okay with that?

MS. RUGH:  That would be great.

THE VIDEOGRAPHER:  Okay.  This is the end of Media Number 1.  Going off the record.  The time is 10:07.

(Recess taken from 10:07 a.m. to 10:19 a.m.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 10:19.  This is the beginning of Media Number 2.

THE COURT REPORTER:  And I will read the last question and answer from before we went off the record.

(The requested testimony was read back.)

THE COURT REPORTER:  Please continue, Mr. Sands.

MR. SANDS:  Thank you.

Q.   (By Mr. Sands) Ma'am, how did

Page 43

EXHIBIT I

Karen Townsend - February 8, 2021

Mr. Townsend's sister react, or what did she say when you told her that Mr. Townsend had told you he used -- or when you told her about the denial letter that referred to cocaine use?

A.    She couldn't believe it either.

Q.    Now, I want to go back.  I think you said you were on a business trip -- did I hear that correctly? -- when he told you he had used cocaine previously?

A.    Yes.

Q.    And whose business was involved in that?  In other words, was it your job or his?

A.    Yeah.  It was for my job.

Q.    Where did you go?

A.    San Diego.

Q.    Do you remember the month and year?  I think you said it was 2018.

A.    Yes.

Q.    Isn't that what you said before?

A.    I did.  It was June of 2018.

Q.    And what prompted him to tell you that?

A.    We had -- I had asked him to go on the business trip with me.  It was -- we didn't get away from our daughter very often.  So it was in San Diego, which we both loved going to San Diego, and I knew that I'd have

Page 44

EXHIBIT I

Karen Townsend - February 8, 2021

time to spend with him there.  So I asked him to go with me.

And we just had a major reconnection with each other.  You know, I sent my mom with -- or my daughter with my mom, and he came with me, and it was like we had some time together.  And so through the course of that week that he was out there with me, we just had a lot of long, deep conversations and kind of rekindled our relationship without a child in the middle of it.  And, yeah, that was how that -- those conversations came about.  Just some long, deep conversations.

Q.   And I wrote down that he told you he used cocaine at Shotgun Willie's, correct?

A.   Yes.

Q.   Did he tell you who else was there with him when he used the cocaine?

A.   He did not.

Q.   Did you ask him?

A.   I did not ask him a lot.  Yeah.  He just -- I knew that it was at Shotgun's, and that's all I knew.  I didn't ask him about any particular person that he had used it with.

Q.   Did he tell you who was there with him that -- at that time at Shotgun Willie's?

A.   No.

Page 45

EXHIBIT I

Karen Townsend - February 8, 2021

Q.    Did -- did he go to -- I'll call it a strip bar with any regularity that you know of?

A.    So he had actually been working there.

Q.    How long had he been working at Shotgun Willie's?

A.    He started working there in about -- it was probably July of 2017, and he started hanging out there more regularly in the beginning of 2018.

Q.    What was his job there?

A.    He was a porter.

Q.    I don't know what that is.  Can you tell me, please?

A.    Sure.  It -- as I understand it, he would assist the cocktail waitresses and handle -- help handle bottle service.

Q.    Did you meet any of the people he worked with at Shotgun Willie's?

A.    Yes.  I met a couple of them.

Q.    Do you remember their names?

A.    I remember a girl named Tina, and then there was a guy named Ty and a girl named Cecelia.  And I don't remember a lot of the other names from there, but Tiny was -- was his boss.  So, again, I -- I know a lot of first names, not last names.

Q.    Did you meet these people personally?

Page 46

EXHIBIT I

Karen Townsend - February 8, 2021

A.    A couple of them, yes.  I met them personally.  The ones that I mentioned I did meet personally.

Q.    Where did you meet them?

A.    I met them at the club.

Q.    Did you ever see any of the employees there use -- let's start with cocaine?

A.    No, I did not.

Q.    What about any other recreational drugs?

A.    No.

Q.    Did -- did Mr. Townsend tell you that there was drug use at Shotgun Willie's?

A.    I don't know that we had a specific conversation about it.  I think it's probably just something that you -- no, we did not have a conversation about any of that.

Q.    Was there a particular reason that Mr. Townsend went to work at Shotgun Willie's?

A.    Yes.  So I'll take you backwards, if you will bear with me, to get to that point.

Q.    Yes.  That's fine.

A.    So we -- our -- okay.  So our daughter -- we adopted our daughter from China, and she -- when we adopted her, we knew ███████████████.  And when we got her here to the United States, ████████████ --

Page 47

EXHIBIT I

Karen Townsend - February 8, 2021

some connections there and would work there on the

offseason indicating that you could make good money in

tips there.  And that's how he kind of was led to finding

a job there and working there so that he could make some

extra money to put into savings.

Q.   And I'm not sure that I asked you this.  I apologize if I'm duplicating here.  When, in closest day you can give us, did he start at Shotgun Willie's?

A.   I believe it -- it was -- I believe it was July 2017.

Q.   And I think you said that before.  Is that the closest you can come to when he started there?

A.   Yes.  Because -- because football season would have started in August, and I know that he started before football season began.

Q.   Did he work at Shotgun Willie's during the school year when football season was in operation, so to speak?

A.   He did.

Q.   How many hours a week was he putting in at Shotgun Willie's?

A.   So during football season, it wasn't a lot because he was so focused on that.  That consumed the majority of his time during football season.  So he would work -- I'm trying to remember.  He would work at least

Page 49

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT I

Karen Townsend - February 8, 2021

ten years, have you used cocaine, right?

A.    Yes.

Q.    And the answer -- we went through it.  The box is checked "No."  So if you go over to page -- to Exhibit Number 10, page Northwestern 306, if he had used cocaine when he was 43, that would have been within the ten-year period, correct?

A.    If that were accurate, yes.

Q.    Do you have any reason to believe that Mr. Townsend did not use cocaine when he was 43?

A.    Yes.  I -- I absolutely 100 percent believe that he answered that question correctly and that this is recorded somehow incorrectly.  I know in my heart he did not use cocaine prior to filling out any of his applications.

Q.    And you say you know in your heart, ma'am. How is it that you know that Mr. Townsend did not use cocaine when he was 43 years old?

A.    I had been with him since I was 16 years old, and I knew him like -- I knew him better than anyone else, and I knew how against things like that he was. So -- and -- and he told me about it, you know, in June of 2018 saying he had tried it earlier that year.

You know, it hit me like a ton of bricks when he did because it was something, you know -- but he

Page 72

EXHIBIT I

Karen Townsend - February 8, 2021

told me about it, was ashamed of it, and -- you know.  So I -- I absolutely do not believe he ever used cocaine prior to that -- if March is the date he said he last used it, that would coincide with what he said to me when we were on that trip together that he said he had used it earlier that year.

Q.    That was the first time you and Mr. Townsend had ever discussed cocaine, correct?

A.    Yes.

Q.    And, ma'am, if Mr. Townsend was as opposed to the use of recreational drugs like cocaine, how would you explain to us the fact that he did use it one or two times prior to when he told you that?

MS. RUGH:  Object to form.  Sorry.  Object to form.

Q.    (By Mr. Sands) All right.  Let me go back and ask it again.

Ma'am, how would you explain his use of cocaine if he was so set against any form of substance use?

A.    So I would explain that as he was spending a lot of time in the beginning of that year -- in the beginning of 2018 at the club.  I believe he was probably really enjoying spending time there, got caught up in a minute with whoever it was that offered it to him, and I

Page 73

EXHIBIT I

Karen Townsend - February 8, 2021

have no idea when, why, how, or even if it was at the club there, and he tried it once.  I have no idea why he decided to try it, but I do believe it was a one-off thing and that he never did it again after that.

Q.    And you believe that happened at Shotgun Willie's?

A.    I don't know that it happened there.  I believe he probably got the drugs from someone there, but I have absolutely no idea where it happened.

Q.    Or who he was with?

A.    No.  I do not know any of that.

Q.    Now, you indicated at one point a little bit ago that your -- you were going through ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ correct?

A.    Yes.

Q.    And that put a lot of stress, I assume, on both of you?

A.    It was a challenging time for sure.  Yes.

Q.    And Mr. Townsend was concerned about, financially, how ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ and that's one of the reasons, I think, he goes --

A.    Yes.

Q.    -- he went to work at Shotgun Willie's, correct?

Page 74

EXHIBIT I

Karen Townsend - February 8, 2021

Q.   Okay.  Thank you.

One of the things you answered earlier is that after Mr. Townsend passing, you did speak to someone at Shotgun Willie's about cocaine use at the bar.  Do you remember who that was?

A.   Her first name is Tina.

Q.   Do you --

A.   And I asked -- yeah.  I asked her if she knew who would have given Darren the cocaine.

Q.   And what was her answer?

A.   She said, "No."

Q.   Let me ask you:  Did you believe her when she said that?

A.   Yes, I did.

Q.   Okay.  Do you remember Tina's last name?

A.   No.  But I may still have her phone number.

I do not have her number.

Q.   Do you remember what Tina's job was at Cocaine [sic] Willie's?

A.   She was one of the dancers.

Q.   Have you spoken with anyone else from Shotgun Willie's, whether they still work there now or whether they worked there in 2017, 2018?  Have you spoken with anyone else from Shotgun Willie's besides Tina since Mr. Townsend's passing?

Page 90

EXHIBIT I