**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**
MILWAUKEE, WISCONSIN (the "Company")
**PERSONAL HEALTH AND STATUS DECLARATION**

INSURED (FIRST, MI, LAST)  Darren Townsend

**This form is submitted for: (Select one)**

(1) ☐ Delivery of Policy: Policy Number(s)    (1) _____    (2) _____    (3) _____
     *(See Conditions for Delivery of Policy below)*

(2) ☑ New Application for Insurance *(Complete one copy and submit with new application)*

(3) ☐ Change of Policy: Policy Number _____ *(Complete one copy and submit with change request)*

(4) ☐ To add the _____ benefit to policy number _____ *(Complete one copy and submit with request)*

(5) ☐ Other _____

This declaration supplements and updates the answers provided in my most recent application for insurance sent to the Company. I understand that my most recent application may include more than one form, and always includes a medical underwriting form or questionnaire. If this declaration is submitted for (1) or (2) above, I understand that my most recent application to the company will be attached to the policy, including a copy of this declaration. I declare that my answers provided in my most recent application sent to the Company are still, to the best of my knowledge and belief, complete, true, and correct today. I declare that I am in good health and, specifically, that since providing the answers I have not:

1. experienced any signs or symptoms of, or been diagnosed or treated for, any disorders, illnesses, diseases, accidents or had any surgery;
2. had any diagnostic studies or medical tests (including blood tests, x-rays, EKGs, or other);
3. been a patient, had surgery, or been treated at a hospital, clinic, or other health care facility;
4. seen or consulted with any physicians or other health care providers (including psychiatrists, psychologists, chiropractors, counselors, therapists, or other);
5. taken any medication or drugs (prescription or nonprescription, legal or illegal);
6. had a change in the hours or duties in employment or occupation or begun to work in a new occupation;
7. had a financial loss, bankruptcy, or reduction in income;
8. been in a motor vehicle accident, been charged with a moving violation of any motor vehicle law or had a driver's license restricted or revoked;
9. applied for or contemplated applying for life, disability, health or long-term care insurance or had any life, disability, health, or long-term care insurance application on my life declined, rated, modified, cancelled, rescinded, or not renewed;
10. made a claim for benefits due to injury, accident, sickness, or disability.

**If there are any exceptions to any of the above statements, explain in full, including all names and addresses of health care providers and related dates in the space below (attach additional paper, if necessary).**

**I understand and agree that any exceptions to my statements must be referenced in the space above. If this declaration is submitted for delivery of policy, I understand that my agent is not authorized to deliver any policy or collect premium until any exceptions are submitted to the Company for review, and the company has authorized delivery of the policy.**

I declare that the answers and statements contained in this declaration are correctly recorded, complete and true to the best of my knowledge and belief. Statements in this declaration are representations and not warranties.

Signed at  Golden, CO    Date  08/16/2017    Signature _____
          CITY, STATE              (MM/DD/YYYY)              INSURED OR INFORMANT

**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.**

**CONDITIONS FOR DELIVERY OF POLICY**

Prior to delivery the agent **must** insert the Insured's copy in each policy and complete the statement below attesting to the fact that this insertion has been made.

1. If no exceptions are entered in the space provided, delivery of the policy may be made. The completed copy of this page, so attested, is to be sent to the **New Business or Disability Income Department** at the Home Office.
2. If any exception is noted, the policy is not to be delivered or the premium collected until the attested copy of this page has been sent to the Home Office and delivery of the policy has been authorized.

I attest that a true copy of this declaration has been attached to the policy.

Date (MM/DD/YYYY)  8/16/17    Signature of Agent _____

**HOME OFFICE COPY**

Thu 08/17/2017 11:40:18
90-0600 (0601)

NB-30-1

COLORADO 90-0600-80
(Page 1 of 2) FE

NORTHWESTERN0614
EXHIBIT D

# THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
## MILWAUKEE, WISCONSIN (the "Company")
## PERSONAL HEALTH AND STATUS DECLARATION

INSURED (FIRST, MI, LAST)
Darren Townsend

**This form is submitted for: (Select one)**

(1) ☒ Delivery of Policy: Policy Number(s)   (1) 22219582   (2) _____   (3) _____
*(See Conditions for Delivery of Policy below)*

(2) ☐ New Application for Insurance *(Complete one copy and submit with new application)*

(3) ☐ Change of Policy: Policy Number _____ *(Complete one copy and submit with change request)*

(4) ☐ To add the _____ benefit to policy number _____ *(Complete one copy and submit with request)*

(5) ☐ Other _____

This declaration supplements and updates the answers provided in my most recent application for insurance sent to the Company. I understand that my most recent application may include more than one form, and always includes a medical underwriting form or questionnaire. If this declaration is submitted for (1) or (2) above, I understand that my most recent application to the company will be attached to the policy, including a copy of this declaration. I declare that my answers provided in my most recent application sent to the Company are still, to the best of my knowledge and belief, complete, true, and correct today. I declare that I am in good health and, specifically, that since providing the answers I have not:

1. experienced any signs or symptoms of, or been diagnosed or treated for, any disorders, illnesses, diseases, accidents or had any surgery;
2. had any diagnostic studies or medical tests (including blood tests, x-rays, EKGs, or other);
3. been a patient, had surgery, or been treated at a hospital, clinic, or other health care facility;
4. seen or consulted with any physicians or other health care providers (including psychiatrists, psychologists, chiropractors, counselors, therapists, or other);
5. taken any medication or drugs (prescription or nonprescription, legal or illegal);
6. had a change in the hours or duties in employment or occupation or begun to work in a new occupation;
7. had a financial loss, bankruptcy, or reduction in income;
8. been in a motor vehicle accident, been charged with a moving violation of any motor vehicle law or had a driver's license restricted or revoked;
9. applied for or contemplated applying for life, disability, health or long-term care insurance or had any life, disability, health, or long-term care insurance application on my life declined, rated, modified, cancelled, rescinded, or not renewed;
10. made a claim for benefits due to injury, accident, sickness, or disability.

**If there are any exceptions to any of the above statements, explain in full, including all names and addresses of health care providers and related dates in the space below (attach additional paper, if necessary).**

**I understand and agree that any exceptions to my statements must be referenced in the space above. If this declaration is submitted for delivery of policy, I understand that my agent is not authorized to deliver any policy or collect premium until any exceptions are submitted to the Company for review, and the company has authorized delivery of the policy.**

I declare that the answers and statements contained in this declaration are correctly recorded, complete and true to the best of my knowledge and belief. Statements in this declaration are representations and not warranties.

Signed at _Golden, CO_  Date _9/20/2017_ (MM/DD/YYYY) Signature _____ INSURED OR INFORMANT

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### CONDITIONS FOR DELIVERY OF POLICY

Prior to delivery the agent must insert the Insured's copy in each policy and complete the statement below attesting to the fact that this insertion has been made.

1. If no exceptions are entered in the space provided, delivery of the policy may be made. The completed copy of this page, so attested, is to be sent to the **New Business or Disability Income Department** at the Home Office.
2. If any exception is noted, the policy is not to be delivered or the premium collected until the attested copy of this page has been sent to the Home Office and delivery of the policy has been authorized.

I attest that a true copy of this declaration has been attached to the policy.

Date (MM/DD/YYYY) _09/20/2017_  Signature of Agent _____

**HOME OFFICE COPY**

90-0600 (0601)    NB-30-1    COLORADO 90-0600-80
(Page 1 of 2) FE

09/29/2017 09:38:21

NORTHWESTERN0701
EXHIBIT D

**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**
MILWAUKEE, WISCONSIN (the "Company")
**PERSONAL HEALTH AND STATUS DECLARATION**

INSURED (FIRST, MI, LAST)
**Darren Townsend**

**This form is submitted for: (Select one)**

(1) [✓] Delivery of Policy: Policy Number(s)    (1) **22247352**    (2) _____    (3) _____
*(See Conditions for Delivery of Policy below)*

(2) [ ] New Application for Insurance *(Complete one copy and submit with new application)*

(3) [ ] Change of Policy: Policy Number _____ *(Complete one copy and submit with change request)*

(4) [ ] To add the _____ benefit to policy number _____ *(Complete one copy and submit with request)*

(5) [ ] Other _____

This declaration supplements and updates the answers provided in my most recent application for insurance sent to the Company. I understand that my most recent application may include more than one form, and always includes a medical underwriting form or questionnaire. If this declaration is submitted for (1) or (2) above, I understand that my most recent application to the company will be attached to the policy, including a copy of this declaration. I declare that my answers provided in my most recent application sent to the Company are still, to the best of my knowledge and belief, complete, true, and correct today. I declare that I am in good health and, specifically, that since providing the answers I have not:

1. experienced any signs or symptoms of, or been diagnosed or treated for, any disorders, illnesses, diseases, accidents or had any surgery;
2. had any diagnostic studies or medical tests (including blood tests, x-rays, EKGs, or other);
3. been a patient, had surgery, or been treated at a hospital, clinic, or other health care facility;
4. seen or consulted with any physicians or other health care providers (including psychiatrists, psychologists, chiropractors, counselors, therapists, or other);
5. taken any medication or drugs (prescription or nonprescription, legal or illegal);
6. had a change in the hours or duties in employment or occupation or begun to work in a new occupation;
7. had a financial loss, bankruptcy, or reduction in income;
8. been in a motor vehicle accident, been charged with a moving violation of any motor vehicle law or had a driver's license restricted or revoked;
9. applied for or contemplated applying for life, disability, health or long-term care insurance or had any life, disability, health, or long-term care insurance application on my life declined, rated, modified, cancelled, rescinded, or not renewed;
10. made a claim for benefits due to injury, accident, sickness, or disability.

**If there are any exceptions to any of the above statements, explain in full, including all names and addresses of health care providers and related dates in the space below (attach additional paper, if necessary).**

**I understand and agree that any exceptions to my statements must be referenced in the space above. If this declaration is submitted for delivery of policy, I understand that my agent is not authorized to deliver any policy or collect premium until any exceptions are submitted to the Company for review, and the company has authorized delivery of the policy.**
I declare that the answers and statements contained in this declaration are correctly recorded, complete and true to the best of my knowledge and belief. Statements in this declaration are representations and not warranties.

Signed at _Golden, CO_    Date _10/26/2017_    Signature _____
CITY, STATE                (MM/DD/YYYY)              INSURED OR INFORMANT

**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.**

**CONDITIONS FOR DELIVERY OF POLICY**

Prior to delivery the agent **must** insert the Insured's copy in each policy and complete the statement below attesting to the fact that this insertion has been made.

1. If no exceptions are entered in the space provided, delivery of the policy may be made. The completed copy of this page, so attested, is to be sent to the **New Business or Disability Income Department** at the Home Office.
2. If any exception is noted, the policy is not to be delivered or the premium collected until the attested copy of this page has been sent to the Home Office and delivery of the policy has been authorized.

I attest that a true copy of this declaration has been attached to the policy.

Date (MM/DD/YYYY) _10/26/2017_    Signature of Agent _____
**HOME OFFICE COPY**

90-0600 (0601)
Thu 10/26/2017 10:34:19    NB-30-1

COLORADO 90-0600-80
(Page 1 of 2) FE

NORTHWESTERN0810
EXHIBIT D