Karen Townsend - February 8, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02809-KLM

_____

KAREN TOWNSEND,

     Plaintiff,

vs.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

     Defendant.

_____

VIDEO VIDEOCONFERENCED DEPOSITION OF KAREN TOWNSEND

February 8, 2021

_____

VIDEOCONFERENCED APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

          KERRI J. RUGH, ESQ.
          Levin Sitcoff PC
          1512 Larimer Street, Suite 650
          Denver, Colorado 80202
          Phone:  303-575-9390
          Email:  kjr@levinsitcoff.com

ON BEHALF OF THE DEFENDANT:

          JON F. SANDS, ESQ.
          MARILYN S. CHAPPELL, ESQ.
          Sweetbaum Sands Anderson PC
          1125 17th Street, Suite 2100
          Denver, Colorado 80202
          Phone:  303-296-3377
          Email:  jsands@sweetbaumsands.com
          Email:  mchappell@sweetbaumsands.com

Also Present:

          Jerry DeBoer, Videographer
          James Farmer
          Clay Greene

Page 1

EXHIBIT E

Karen Townsend - February 8, 2021

A.   No.   Never.

Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ do you recall

anybody using any cocaine?

A.   No.

Q.   Any other drugs that were illegal at the

time?

A.   No.

Q.   Ma'am, you've -- you knew Mr. Townsend for

many years.  From high school, correct?

A.   Yes.

Q.   I think that's what you told me.  Did you

ever have the experience where you saw Mr. Townsend

actually use cocaine?

A.   No.  Never.  In fact, we -- when I saw that

that was the reason for the denial, I was -- I was shocked

by it.  I was shocked by the reason for the denial.

He told me about a one-time use when we

were -- it was June of 2018.  I remember that because he

went on a -- he went on a business trip with me, and he

told me he had used cocaine earlier that year and was

sorry about it, and, you know, we had a brief conversation

about it.  But prior to -- and I was shocked when he told

me he did it because we had -- I mean, growing up in high

school, he was -- he never went to parties.  He -- he was

Page 38

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT E

Karen Townsend - February 8, 2021

have a --

MS. RUGH:  Let him finish.

THE DEPONENT:  Sorry.  I'm sorry.

Q.   (By Mr. Sands) And I'm sorry.  Okay.  You told his sister.  You were about to say -- again, other than your lawyers, did you talk to anyone else about the suggestion that Mr. Townsend had used cocaine on a prior occasion prior to his death, obviously?

A.   Did I talk to them about it prior to his death?

Q.   No, no, no.  My question wasn't clear. Since --

A.   About --

Q.   -- Mr. -- since Mr. Townsend's passing, have you asked anybody about it?  "Gee, did you know, for example, that Mr. -- that Darren Townsend had done some cocaine ever?"

A.   Okay.  So I told his sister about it when I got the denial letter because I was so shocked by that being the reason it was denied because I knew in my heart that he did not falsify anything on his life insurance application, and it just -- it just shocked me.

And, then, I suppose once we got things underway, I did call a friend of his that I knew that he knew from Shotgun Willie's to see if she knew when -- who

Page 42

EXHIBIT E

Karen Townsend - February 8, 2021

he would have gotten it from there because that's where he indicated that he had used it earlier that year.

THE VIDEOGRAPHER:  Counsel, I'm sorry.  I froze up on my end here.  I don't know if that froze up for everybody else.

MR. SANDS:  You know, we've been going an hour.  Why don't we take a break while you're fixing that anyway?  Why don't we take a ten-minute break?  Is everybody okay with that?

MS. RUGH:  That would be great.

THE VIDEOGRAPHER:  Okay.  This is the end of Media Number 1.  Going off the record.  The time is 10:07.

(Recess taken from 10:07 a.m. to 10:19 a.m.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 10:19.  This is the beginning of Media Number 2.

THE COURT REPORTER:  And I will read the last question and answer from before we went off the record.

(The requested testimony was read back.)

THE COURT REPORTER:  Please continue, Mr. Sands.

MR. SANDS:  Thank you.

Q.   (By Mr. Sands) Ma'am, how did

Page 43

EXHIBIT E

Karen Townsend - February 8, 2021

Mr. Townsend's sister react, or what did she say when you told her that Mr. Townsend had told you he used -- or when you told her about the denial letter that referred to cocaine use?

A.    She couldn't believe it either.

Q.    Now, I want to go back.  I think you said you were on a business trip -- did I hear that correctly? -- when he told you he had used cocaine previously?

A.    Yes.

Q.    And whose business was involved in that? In other words, was it your job or his?

A.    Yeah.  It was for my job.

Q.    Where did you go?

A.    San Diego.

Q.    Do you remember the month and year?  I think you said it was 2018.

A.    Yes.

Q.    Isn't that what you said before?

A.    I did.  It was June of 2018.

Q.    And what prompted him to tell you that?

A.    We had -- I had asked him to go on the business trip with me.  It was -- we didn't get away from our daughter very often.  So it was in San Diego, which we both loved going to San Diego, and I knew that I'd have

Page 44

EXHIBIT E

Karen Townsend - February 8, 2021

time to spend with him there.  So I asked him to go with me.

And we just had a major reconnection with each other.  You know, I sent my mom with -- or my daughter with my mom, and he came with me, and it was like we had some time together.  And so through the course of that week that he was out there with me, we just had a lot of long, deep conversations and kind of rekindled our relationship without a child in the middle of it.  And, yeah, that was how that -- those conversations came about.  Just some long, deep conversations.

Q.   And I wrote down that he told you he used cocaine at Shotgun Willie's, correct?

A.   Yes.

Q.   Did he tell you who else was there with him when he used the cocaine?

A.   He did not.

Q.   Did you ask him?

A.   I did not ask him a lot.  Yeah.  He just -- I knew that it was at Shotgun's, and that's all I knew.  I didn't ask him about any particular person that he had used it with.

Q.   Did he tell you who was there with him that -- at that time at Shotgun Willie's?

A.   No.

Page 45

EXHIBIT E

Karen Townsend - February 8, 2021

Q. Did -- did he go to -- I'll call it a strip bar with any regularity that you know of?

A. So he had actually been working there.

Q. How long had he been working at Shotgun Willie's?

A. He started working there in about -- it was probably July of 2017, and he started hanging out there more regularly in the beginning of 2018.

Q. What was his job there?

A. He was a porter.

Q. I don't know what that is. Can you tell me, please?

A. Sure. It -- as I understand it, he would assist the cocktail waitresses and handle -- help handle bottle service.

Q. Did you meet any of the people he worked with at Shotgun Willie's?

A. Yes. I met a couple of them.

Q. Do you remember their names?

A. I remember a girl named Tina, and then there was a guy named Ty and a girl named Cecelia. And I don't remember a lot of the other names from there, but Tiny was -- was his boss. So, again, I -- I know a lot of first names, not last names.

Q. Did you meet these people personally?

Page 46

EXHIBIT E

Karen Townsend - February 8, 2021

A.    A couple of them, yes.  I met them personally.  The ones that I mentioned I did meet personally.

Q.    Where did you meet them?

A.    I met them at the club.

Q.    Did you ever see any of the employees there use -- let's start with cocaine?

A.    No, I did not.

Q.    What about any other recreational drugs?

A.    No.

Q.    Did -- did Mr. Townsend tell you that there was drug use at Shotgun Willie's?

A.    I don't know that we had a specific conversation about it.  I think it's probably just something that you -- no, we did not have a conversation about any of that.

Q.    Was there a particular reason that Mr. Townsend went to work at Shotgun Willie's?

A.    Yes.  So I'll take you backwards, if you will bear with me, to get to that point.

Q.    Yes.  That's fine.

A.    So we -- our -- okay.  So our daughter -- we adopted our daughter from China, and she -- when we adopted her, we knew ███████████████.  And when we got her here to the United States, ██████████████ --

Page 47

EXHIBIT E

Karen Townsend - February 8, 2021

some connections there and would work there on the offseason indicating that you could make good money in tips there.  And that's how he kind of was led to finding a job there and working there so that he could make some extra money to put into savings.

Q.    And I'm not sure that I asked you this.  I apologize if I'm duplicating here.  When, in closest day you can give us, did he start at Shotgun Willie's?

A.    I believe it -- it was -- I believe it was July 2017.

Q.    And I think you said that before.  Is that the closest you can come to when he started there?

A.    Yes.  Because -- because football season would have started in August, and I know that he started before football season began.

Q.    Did he work at Shotgun Willie's during the school year when football season was in operation, so to speak?

A.    He did.

Q.    How many hours a week was he putting in at Shotgun Willie's?

A.    So during football season, it wasn't a lot because he was so focused on that.  That consumed the majority of his time during football season.  So he would work -- I'm trying to remember.  He would work at least

Page 49

EXHIBIT E

Karen Townsend - February 8, 2021

Q.    Ma'am, you having a -- certainly being highly educated, you knew what you were reading and signing, correct?

A.    Yes.

Q.    All right.  If you -- like I said, I'm just running through these to get them identified.  If you would take a look at Exhibit 3, please.

(Exhibit 3 was marked.)

A.    Okay.

Q.    And can you identify what Exhibit 3 is?

A.    This looks like it was the survivorship life application.

Q.    And is this one -- it says Karen Townsend there on page 1570, correct?

A.    Yes.

Q.    All right.  Let's take a look at --

MR. SANDS:  If you would, please, put up Exhibit Number 4.

(Exhibit 4 was marked.)

A.    Okay.

Q.    (By Mr. Sands) This one is called a Personal Health and Status Declaration for Darren Townsend, correct?

MS. RUGH:  Object to form.  Jon, it's actually two pages.  Is your Exhibit 4 two pages as well?

Page 59

EXHIBIT E

Karen Townsend - February 8, 2021

MR. SANDS:  I think it's -- it is two pages.  You're correct, Kerri.  I'll -- I'll -- I put them together for a reason, but we can separate them if we think that's better.

Q.  (By Mr. Sands) Let's start with the first page, 6 -- page 614.

A.  Okay.

Q.  And that's a Personal Health and Status Declaration for Darren Townsend, correct?

A.  Yes.

Q.  And do you see the date is August 16 of 2017?

A.  Yes.

Q.  Moving back up to the first full paragraph after Box Number 5, do you see that there is a sentence about -- a little over half of the way down that paragraph that reads, quote, I declare that my answers provided in my most recent application sent to the company are still, to the best of my knowledge and belief, complete, true, and correct today?

Have I read that correctly?

A.  Where exactly is that?

Q.  If you look at the --

A.  It's in that first -- I'm sorry.  In the first paragraph, I see it here.  "My most recent" --

Page 60

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT E

Karen Townsend - February 8, 2021

Q.    Take your time.

A.    Yes.  Okay.  I do see that.  Sorry.  I was looking much further down on the form.

Q.    That's okay.   And then if you look at the second page of Exhibit Number 4, this is also called a Personal Health and Status Declaration, correct?

A.    Yes.

Q.    And this has control number Northwestern 701 at the bottom.  Do you see that?

A.    Yes.

Q.    And this one is dated September 20, 2017, correct?

A.    Yes.

Q.    And if you look up at that same box we talked about on -- that's contained on page 614, it has the same sentence, correct, the declaration that Mr. Townsend's answers were still true?  "Still" meaning --

A.    Yes.

Q.    -- from the date of my original application, correct?

A.    Correct.

Q.    Now, the medical history questionnaire that we marked as Exhibit 1 is part of the original application; is that correct?

Page 61

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT E

Karen Townsend - February 8, 2021

MS. RUGH:  Object to form, foundation.

You can answer, if you know the answer.

THE DEPONENT:  Okay.

A.  I would assume so.  There are so many dates on all the different paperwork.

Q.  (By Mr. Sands) It's -- I understand.  We got to bounce around a little here.  Do you understand that the medical history questionnaire is part of the individual life insurance application?

MS. RUGH:  Object to form, and object to the extent it would call for a legal conclusion.

You can answer the question, if you know.

A.  I can see that Darren signed them.  So I would assume that they were part of the requirement for the life insurance.

Q.  (By Mr. Sands) Have you ever bought a life insurance policy -- had you ever bought a life insurance policy before you bought policies from Northwestern?

A.  Yes.

Q.  And did you have to provide medical history information as part of that -- any such application process?

A.  I remember there being medical questions, yes.

Q.  And did you have to have a quick physical?

Page 62

EXHIBIT E

Karen Townsend - February 8, 2021

and skip Exhibit Number 6 for now.

Would you take a look at Exhibit Number 7, please, page 1542?  This is another --

(Exhibit 7 was marked.)

A.    Okay.

Q.    This is another Personal Health and Status Declaration, correct?

A.    Yes.

Q.    The insured is Darren Townsend, correct?

A.    Yes.

Q.    And this one is dated September 20, 2017, correct?

A.    Yes.

Q.    And this paragraph contains the same declaration that Mr. Townsend's answers provided in the most recent application are still true and correct, right?

A.    Yes.  This looks just like the same one from one of the former exhibits, right?

Q.    Yeah.  Okay.

A.    Okay.

Q.    Let's go -- let's go to Exhibit Number 9, if you would, please.

(Exhibit 9 was marked.)

A.    Okay.

Q.    And, again, this is a Personal Health and

Page 64

EXHIBIT E

Karen Townsend - February 8, 2021

Status Declaration, correct?

A.    Yes.

Q.    And it's for -- the insured is Darren Townsend, correct?

A.    Correct.

Q.    And do you recognize Mr. Townsend's signature in the lower right-hand portion?

A.    Yes.

Q.    Okay.  I'd like to move on now to Exhibit Number 10, please.

(Exhibit 10 was marked.)

A.    Okay.

Q.    Do you recognize Exhibit Number 10?  And I know there are -- it begins at Northwestern 295 and, I think, goes through Northwestern 309.  So try and take a minute -- as much time as you need and tell me, please, if you recognize Exhibit 10.

A.    Yes.  I mean, I -- yes, I -- I know what it is.

Q.    Okay.  And at the top it reads "HBHS Psychiatric Evaluation," correct?

A.    Yes.

Q.    And the client is Darren Townsend, at the time your -- your husband, correct?

A.    Yes.

Page 65

EXHIBIT E

Karen Townsend - February 8, 2021

ten years, have you used cocaine, right?

A.   Yes.

Q.   And the answer -- we went through it.  The box is checked "No."  So if you go over to page -- to Exhibit Number 10, page Northwestern 306, if he had used cocaine when he was 43, that would have been within the ten-year period, correct?

A.   If that were accurate, yes.

Q.   Do you have any reason to believe that Mr. Townsend did not use cocaine when he was 43?

A.   Yes.  I -- I absolutely 100 percent believe that he answered that question correctly and that this is recorded somehow incorrectly.  I know in my heart he did not use cocaine prior to filling out any of his applications.

Q.   And you say you know in your heart, ma'am.  How is it that you know that Mr. Townsend did not use cocaine when he was 43 years old?

A.   I had been with him since I was 16 years old, and I knew him like -- I knew him better than anyone else, and I knew how against things like that he was.  So -- and -- and he told me about it, you know, in June of 2018 saying he had tried it earlier that year.

You know, it hit me like a ton of bricks when he did because it was something, you know -- but he

Page 72

Stevens-Koenig Reporting, A Veritext Company
303-988-8470

EXHIBIT E

Karen Townsend - February 8, 2021

told me about it, was ashamed of it, and -- you know.  So I -- I absolutely do not believe he ever used cocaine prior to that -- if March is the date he said he last used it, that would coincide with what he said to me when we were on that trip together that he said he had used it earlier that year.

Q.  That was the first time you and Mr. Townsend had ever discussed cocaine, correct?

A.  Yes.

Q.  And, ma'am, if Mr. Townsend was as opposed to the use of recreational drugs like cocaine, how would you explain to us the fact that he did use it one or two times prior to when he told you that?

MS. RUGH:  Object to form.  Sorry.  Object to form.

Q.  (By Mr. Sands) All right.  Let me go back and ask it again.

Ma'am, how would you explain his use of cocaine if he was so set against any form of substance use?

A.  So I would explain that as he was spending a lot of time in the beginning of that year -- in the beginning of 2018 at the club.  I believe he was probably really enjoying spending time there, got caught up in a minute with whoever it was that offered it to him, and I

Page 73

EXHIBIT E

Karen Townsend - February 8, 2021

have no idea when, why, how, or even if it was at the club there, and he tried it once. I have no idea why he decided to try it, but I do believe it was a one-off thing and that he never did it again after that.

Q. And you believe that happened at Shotgun Willie's?

A. I don't know that it happened there. I believe he probably got the drugs from someone there, but I have absolutely no idea where it happened.

Q. Or who he was with?

A. No. I do not know any of that.

Q. Now, you indicated at one point a little bit ago that your -- you were going through ███████ ████████████████████████████ correct?

A. Yes.

Q. And that put a lot of stress, I assume, on both of you?

A. It was a challenging time for sure. Yes.

Q. And Mr. Townsend was concerned about, financially, how ████████████████████████ ███████████████ and that's one of the reasons, I think, he goes --

A. Yes.

Q. -- he went to work at Shotgun Willie's, correct?

Page 74

EXHIBIT E

Karen Townsend - February 8, 2021

Q.    Okay.  Thank you.

One of the things you answered earlier is that after Mr. Townsend passing, you did speak to someone at Shotgun Willie's about cocaine use at the bar.  Do you remember who that was?

A.    Her first name is Tina.

Q.    Do you --

A.    And I asked -- yeah.  I asked her if she knew who would have given Darren the cocaine.

Q.    And what was her answer?

A.    She said, "No."

Q.    Let me ask you:  Did you believe her when she said that?

A.    Yes, I did.

Q.    Okay.  Do you remember Tina's last name?

A.    No.  But I may still have her phone number.

I do not have her number.

Q.    Do you remember what Tina's job was at Cocaine [sic] Willie's?

A.    She was one of the dancers.

Q.    Have you spoken with anyone else from Shotgun Willie's, whether they still work there now or whether they worked there in 2017, 2018?  Have you spoken with anyone else from Shotgun Willie's besides Tina since Mr. Townsend's passing?

Page 90

EXHIBIT E