Page 5 of 8

### FALL RISK FACTORS

~~N/A~~

❏ Unsteady Gait ❏ Age over 50 ❏ Multiple medications ❏ Withdrawing from substances ❏ History of falls

❏ Uses cane/crutches/other device ❏ Other/Describe: _____

### CURRENT MEDICATIONS

❏ DENIES

| Per RX | Per Pt. Report | Name of Medication | Dose | Schedule/ Frequency | Indication | Prescribing Doctor | Compliant | | Last Dose |
|---|---|---|---|---|---|---|---|---|---|
| ❏ | ☒ | PRILOSEC | 40mg | PO DAILY | GERD | WILNER | ⓨ | N | 10/14 |
| ❏ | ☒ | SERTRALINE | 100mg | PO DAILY | DEPRESSION | WILNER | ⓨ | N | 10/14 |
| ❏ | ❏ | | | | | | Y | N | |
| ❏ | ❏ | | | | | | Y | N | |
| ❏ | ❏ | | | | | | Y | N | |
| ❏ | ❏ | | | | | | Y | N | |
| ❏ | ❏ | | | | | | Y | N | |
| ❏ | ❏ | | | | | | Y | N | |

### SUBSTANCE USE

❏ DENIES

☒ Yes ❏ No    HAVE YOU USED ANY PSYCHOACTIVE OR MOOD ALTERING SUBSTANCES WITHIN THE PAST 12 MONTHS?

☒ Alcohol ❏ Caffeine ❏ Marijuana ❏ Pain Medication
❏ Amphetamines ❏ Cocaine/Crack ❏ Methadone ❏ Sedatives
❏ Benzodiazepines ❏ Hallucinogens ❏ Nicotine ❏ Other: _____
❏ Barbiturates ❏ Inhalants ❏ Opiates

| Substance top 3 | Amount/Frequency/Route | Duration of Use | Age of 1st use | Last use | Amount used in last 24-48 hours |
|---|---|---|---|---|---|
| ETOH | 2-5 DRINKS / 1-2 x WK / ORAL | 10+ YRS | 16 | 10/14 | 4 DRINKS |
| COCAINE | DID 1-2 X , SNORT | 1-2 X ONLY | 43 | 3/18 | ∅ |
| | | | | | |
| | | | | | |

UTOX results: ⊖ FOR ALL , EXCEPT ETOH

Longest period of sobriety: _____ N/A _____     Drug of choice (specific): __ETOH__

Do You Smoke: ❏ Yes ☒ No     If Yes how much a day: __N/A__

### SUBSTANCE USE/WITHDRAWAL SYMPTOMS

❏ N/A

Current Symptoms/Experiences related to withdrawal (check all that apply):

❏ Sweats ❏ Nausea/Vomiting ❏ Cramps ❏ Fever ❏ Tremors ❏ Anxiety ❏ Cravings     NO WITHDRAWAL

❏ Hallucinations ❏ Black outs ❏ Seizures ❏ Irritability ❏ Delirium ❏ Parauoia     SYMPTOM

❏ Other: _____

Has the patient ever received Chemical Dependency Treatment? ❏ Yes ☒ No

Where: _____ When: _____

Outcome: _____

Additional information regarding patient's substance use: _____

Has substance use ever impacted you in the following areas:

Family: ❏ Yes ☒ No  If yes Describe: _____

Financial: ❏ Yes ☒ No  If yes Describe: _____

Job/School: ❏ Yes ☒ No  If yes Describe: _____

Medical: ❏ Yes ☒ No  If yes Describe: _____

Other: ❏ Yes ☒ No  If yes Describe: _____

TOWNSEND, DARREN
M# 000029496 06/07/1973
0135636-0014 10/15/2018
T. VERTREES MD  M  IPL
UNITED BEHAVIORAL HEALTH

NORTHWESTERN0306

EXHIBIT F