

CIVIL ACTION NO. 1:20-cv-02809-KLM

KAREN TOWNSEND

V.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

DEPOSITION OF:

MELISSA GUIDINGER

DATE:

April 23, 2021



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

9

witnesses have a tendency to anticipate where I'm going with a question, they start talking while I am.  Just let me finish my question before you respond, okay?

A    Yes.

Q    And also, if the question calls for your "yes" or "no" response, please say verbally, "yes" or "no." If you shake your head, say, "uh-huh", "uh-uh", that's difficult for us to interpret your response later on, okay?

A    Okay.

Q    Okay.  Ms. Guidinger, who is your employer?

A    Northwestern Mutual.

Q    How long have you been employed by Northwestern Mutual?

A    31 years.

Q    What's your position with the company?

A    I'm a life technical underwriting consultant.

Q    What does that job entail?

A    We evaluate personal information of a perspective client to determine whether that applicant can be insured, or should be insured, and at what premium classification, based on that level of risk.

Q    And is that all types of policies that are issued by Northwestern Mutual?

A    I only underwrite the life insurance.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

56

Q    Yes, within -- within the year, it would be considered current.

Q    When you say -- and where do you come up with that idea, that within one year is current?  Is that, like, some medical approach to things?  Or where do you get the idea that "current" means "within the last year"?

A    From our standards.  Our standards basically say that if -- if somebody is using cocaine within one year, it's an automatic decline, so we consider that current use -- recent use, current use.

Q    Right.  The people at Highlands Behavioral Health don't have access to Northwestern Mutual's claims -- their -- your underwriting criteria, right?

A    Correct.

Q    And you're somebody who reviews -- I mean, you've reviewed thousands, and thousands, and thousands of medical records in your 31 years at Northwestern Mutual Life, right?

A    Yes.

Q    And so you -- when you see that, have you seen other records -- medical records when they use the term "current"?

A    The language is different with every provider, so we do need to use some judgement.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

61

MR. SANDS:  Foundation.

A    So based on the fact that he says, "one to two times only," and then the first use was age 43 and the last use was March 18th, I would take that to believe that that was -- those were the two times that he used it.

Q    **Right, so what you did is that even the record uses the term "one to two" in three different places, right?  I mean, we've already -- we have now looked at three different notations where it says, "one to two." You decided that it was two and not one, right?**

MR. SANDS:  Objection to the form.

A    No, no, that -- that's not accurate.

Q    **Well, I thought you just told me, but go ahead.**

A    Well, correct, but as I -- as I mentioned, the March 18th, the last use is -- was not something that I used to make my determination.  One time at age 43 was enough for me to conclude that he used cocaine at the age of 43, one time.

Q    **I understand that --**

A    Okay.

Q    **-- and we'll talk about that, but I'm just talking about the accuracy of these records.  And you're accepting everything -- single statement in here as**

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

62

being accurate.  My point though is, is that necessarily, if everything is accurate, that if the last time that he used it was in March of 2018, and he also used it when he was 43 -- which means that he used it sometime between June of 2016 and June 2017 -- that means that he had to have used it at least twice, right, not once?

A    Yes.

Q    So you were rejecting where it says, "one to two," that "one to two" wasn't accurate because it actually was two -- at least two, right?

MR. SANDS:  Objection to the -- just arguing. Objection to the form.  You're just arguing with her.

Q    Go ahead, please.

A    Could you repeat the question, please?

Q    Yeah, the question is that: Where it says, "one to two," you were saying it wasn't one, it was at least two, right?

A    Based on the record, yes, what the record says.

Q    Okay.  Now, when you looked at these records, did you note -- first of all, can you tell me right now how it is that Darren Townsend got to Highlands Behavioral Center?

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

70

Q    In the second paragraph of this exhibit, it says, "During underwriting, the personal MD records were ordered and reviewed from Dr. Larry Wilner.  Records noted a history of depression ongoing for at least ten years.  The report noted symptoms were controlled on medication, and therefore, this history was accepted without a rating."  Why did you put that in there?  What was the purpose of putting that in there, based upon your review of the underwriting records at the time that the policy was issued?

A    The two -- two impairments that Mr. Townsend had were depression and then the cocaine use, so I wanted to make sure that I addressed both of them. Depression is something that we -- we do not take lightly, so we could have, had we thought that it required a rating, that we would have done so, so that's why that's clarified.

Q    Yeah, and I -- and I'm kind of curious about that.  Did you look at this -- did you, as part of your review, decide, hey, listen, we decided to accept this case is applied for, but had you been looking at it, you might have reached a different conclusion based upon Darren Townsend's history of depression?

A    No, I agreed with the original assessments because he didn't have -- what we're looking for is

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H

The Deposition of MELISSA GUIDINGER, taken on April 23, 2021

79

MR. LEVIN: And if we could just go back -- if I could ask the court reporter to put back Exhibit 25, which is 233.

BY MR. LEVIN:

Q    The last paragraph in your memo says, "Had this information disclosed on medical history questionnaire dated 6-6-2017, we would have declined to offer a policy," right?

A    Yes.

Q    And that determination was based -- I take it -- but I want to sort of explore this with you -- I take it was based upon the company's underwriting guidelines; is that right?

A    Correct.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

 PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

EXHIBIT H