RUN DATE: 10/14/18 Denver Patient Care Inquiry for ESL.CM PAGE 4
RUN TIME: 2242 PATIENT ASSESSMENT
RUN USER: ESL.CM

Behavioral Health Assessment

Patient: TOWNSEND,DARREN ANTHONY Age/Sex: 45 M
Account #: AS1506962197 Unit #: AS00518236
Admit Date: Location: AS.ED
Status: REG ER Room/Bed: -
Attending: Holland,David Charles MD

**Visual disturbances:**
**Headache, fullness in head:**
**Orientation and clouding of sensorium:**
**CIWA-Ar score:**
- - DRUG USE - -
**Drug or illegal substance use within last 12 months:** Yes
**Other substances used:** Yes
**Other substance type:**
- - Cocaine - -
Instance list status: Active
Amount used per week: one line
Last date used: 03/28/18
Last use amount: One line
<End>
**Pattern of drug use:** Episodic
**Last drug use:** 6 or seven months ago
**Age of onset:** 43
**Problems resulting from drug use:** None identified
**Signs and symptoms of drug abuse:**

**Do you believe drugs are a problem:** No
**Comments regarding drug use:**

- - ADDICTIVE BEHAVIORS - -
**Engaged in any addictive behaviors within last 12 months:** Yes
**Other addictions:** Yes
**Other addictions:**
- - Internet - -
Instance list status: Active
How often engaged in addictive behavior: Daily 6-7 hours per day
How long engaged in addictive behavior: 2-3 months
How much engaged in addictive behavior: Daily 6-7 hours
Last time engaged in addictive behavior: Today
---------------------------------------------------------------------------
- - Sex - -
Instance list status: Active
How often engaged in addictive behavior: Daily 6-7 hours per day
How long engaged in addictive behavior: 2-3 months
How much engaged in addictive behavior: 6-7 hours per day
Last time engaged in addictive behavior: Today
<End>
**Age of onset:** 35
**Pattern of addictive behavior:** Continuous
**Problems resulting from addictive behavior:** School issues
Family problems
Relationship stress
**Signs and symptoms of addictive behavior:**