## AFFIDAVIT OF IRINA ROUNTREE

I, Irina Rountree, being sworn, state as follows:

1. I am over the age of 18 years and am competent to testify to the matters stated in this Affidavit.

2. I am an independent contractor who performs paramedical examinations of potential insureds, and who obtains information from them to complete medical history questionnaires, for the underwriting process of a number of life and disability insurance carriers. Those carriers include The Northwestern Mutual Life Insurance Company (Northwestern). I have been engaged in such work for approximately 19 years, and I have conducted thousands of such examinations and assisted with completion of thousands of medical history questionnaires.

3. As shown by the Medical History Questionnaire and Paramedical Examination documents attached to this Affidavit as Exhibit A, I met with Darren Townsend on June 6, 2017, at his home to conduct a paramedical examination of Mr. Townsend and to ask Mr. Townsend the questions on the Medical History Questionnaire form and to record his answers. This was part of underwriting by Northwestern as shown by Northwestern's name listed on the forms.

4. All of the handwriting on the Exhibit A documents is mine, except for the signature above the line "Signature of Insured (or Parent/Guardian)."

5. While I do not have independent memory of Mr. Townsend or of completing the documents attached as Exhibit A, it was on June 6, 2017 – and is today – my routine practice with such Medical History Questionnaire forms to ask the potential insureds each of the questions on the forms in full, and word for word as stated, and to record word for word the answers provided by potential insureds.

6. My routine practice would include asking Question 4c on the Medical History

EXHIBIT P

Questionnaire in Exhibit A regarding use of cocaine and any other illegal drug or substance, and recording the answer, which on Exhibit A I recorded as "no."

7.    In addition, if someone answered "yes" to a question like Question 4c on Exhibit A, my routine practice would be to mark the box by the question "yes," ask further questions about the drug use including the type of drug and when the use occurred, and write in the further information – like I did on Exhibit A for other questions for which the answers by Mr. Townsend were "yes."

8.    It also was and is my routine practice to have potential insureds review and then sign the Medical History Questionnaire form after I finished filling out the form based on their answers to the questions I had asked.  This way the individuals can make sure I correctly recorded their answers and correctly wrote down any additional information they provided.

9.    It also was and is my routine practice to send documents such as Exhibit A, after they are completed by me and signed by potential insureds, to financial representatives involved in the applications for insurance – in this case, Scott Van Sickle.

10.    I believe that I followed my routine practice as described in this Affidavit with respect to the Medical History Questionnaire for Darren Townsend in Exhibit A.

2

EXHIBIT P

FURTHER AFFIANT SAITH NAUGHT.

I declare under penalty of perjury under the laws of Colorado that the foregoing is true and correct.

Executed on:

_11 - 10 - 2021_ at:    _Centennial, Co 80112_

Date                    Location

_Sruie Raundall._

Signature

3

EXHIBIT P

PAGE 01/03

## THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
720 EAST WISCONSIN AVENUE, MILWAUKEE, WI 53202

### MEDICAL HISTORY QUESTIONNAIRE

INSURED NAME (Print the name in this format First Name, M.I., Last Name)

Darren Townsend

Each question must be individually asked and answered. For questions 3 – 12, use the DETAILS section to explain all "Yes" responses. Specify the question number and provide relevant details.

1. Do you have a regular or personal physician, doctor, or healthcare provider? If "Yes," complete the information below. ☑ Yes ☐ No
(If you have been receiving care from your provider for less than 2 years, please note your former provider's information in DETAILS section.)

| NAME | TELEPHONE NUMBER |
|---|---|
| Dr Wilner Karry | 303-814-0505 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7280 Lagae Rd | Castle Rock | CO | 80108 |

| DATE LAST SEEN | REASON |
|---|---|
| 3/2017 | routine checkup |

2. In the last 5 years, have you used tobacco, any other type of product containing nicotine, or a smoking cessation medication? If "Yes," complete the chart below (include smoking cessation medication in "Other"):

YES ☐ NO ☐

| Type of Product | Date Last Used (mm/yyyy) | Frequency Used Per Year |
|---|---|---|
| ☐ Cigarettes | | |
| ☐ Nicotine patch or gum | | |
| ☐ Chew or snuff | | |
| ☐ Cigars or pipe | | |
| ☐ Other | | |

DETAILS
(1) Signs, symptoms, and diagnosis;
(2) Dates and results of any evaluations, tests, or treatments;
(3) Date of diagnosis, dates/frequency of service/care, and time since last symptoms or times since recovery;
(4) Names, complete addresses, and telephone numbers of all healthcare providers seen for the disease/condition.

3. In the last 10 years, have you been told you had, been diagnosed with, or treated for any of the following by a medical professional:

YES / NO

a) High blood pressure or high cholesterol levels? ☐ ☑
b) Temporomandibular joint (TMJ) syndrome or any other disease or disorder of the eyes, ears, nose, sinuses, mouth, throat, or speech? ☐ ☑
c) Dizziness, vertigo, imbalance, seizure, epilepsy, loss of consciousness, muscle weakness or paralysis, neuropathy, difficulty walking, memory loss or impairment, tremor, headaches, concussion or any other disease or disorder of the brain or nervous system? ☐ ☑
d) Anxiety, depression, stress, bipolar disorder, attention deficit hyperactivity disorder (ADHD), post-traumatic stress disorder (PTSD), eating disorders or any other psychiatric or mental health disease or disorder? ☑ ☐
e) Asthma, emphysema, chronic obstructive pulmonary disease (COPD), wheezing, sleep apnea, sleep disorders, chronic cough, trouble breathing or any other disease or disorder of the lungs or respiratory system? ☐ ☑
f) Ulcer, blood in the stool, colitis (including Crohn's disease or ulcerative colitis), irritable bowel, hepatitis, recurrent heartburn, difficulty swallowing, pancreatitis, loss of appetite, recurrent or persistent diarrhea or vomiting, or any other disease or disorder of the esophagus, stomach, intestines, liver, gallbladder, or pancreas? ☐ ☑
g) Chest pain/tightness/discomfort, angina, coronary artery disease (CAD), heart attack, heart murmur, heart valve disease, heart failure, irregular heartbeat, stroke, transient ischemic attack (TIA), aneurysm or any other disease or disorder of the heart, blood vessels, or circulatory system? ☐ ☑
h) Sugar, blood or protein in the urine, chronic kidney disease (CKD), kidney stone or infection, sexually transmitted disease or any other disease or disorder of the kidney(s), urinary tract, bladder, prostate, reproductive organs, or breasts? ☐ ☑
i) Diabetes or elevated blood sugar, thyroid, pituitary, or adrenal disease or any other disease or disorder of the endocrine (glandular) system? ☐ ☑
j) Cancer, tumors, masses, cysts, nodules, or polyps? ☐ ☑
k) Anemia, bleeding or clotting disorders, recurrent infection, abnormal lymph node(s), allergies, or any disease or disorder of the immune system (except as related to the human immunodeficiency virus or HIV), blood, blood cells, or bone marrow? ☐ ☑
l) Arthritis, lupus, fibromyalgia, carpal tunnel syndrome, amputation, or any pain, disease, or disorder of the muscles, bones, joints (including but not limited to the knees and hips), spine, back, neck or extremities? ☐ ☑
m) Chronic fatigue syndrome, chronic pain, chronic or unexplained fatigue, malaise or fever of unknown cause? ☐ ☑
n) Psoriasis, eczema, atopic or contact dermatitis or any other disease or disorder of the skin? ☐ ☑

#3d.
mild depression
under control
with meds

NM-4991

06/21/2017 14:29:19

NORTHWESTERN0575
EXHIBIT A

**MEDICAL HISTORY QUESTIONNAIRE**

4. a) Have you ever sought, received, or been advised to seek treatment, counseling, or participating in a support group for the use of alcohol or drugs? ........... YES ☐ NO ☑

b) Have you ever been advised to reduce or discontinue the use of alcohol? ........... ☐ ☑
If "Yes," explain in DETAILS section and indicate the average number of drinks (if any) you currently consume per week

c) In the last 10 years, have you used marijuana, cocaine, heroin, methamphetamine, hallucinogens, or any other illegal drug or substance? ........... ☐ ☑

d) In the last 10 years, have you used tranquilizers, sedatives, amphetamines, narcotics, or any other controlled substance other than as prescribed by a physician or in excess of dosages prescribed by a physician? ........... ☐ ☑

5. Are you pregnant? If "Yes," what is the due date? _____

6. Other than as previously stated on the application, in the last 5 years, have you:
a) Consulted any other healthcare providers (medical doctors, psychiatrists, psychologists, counselors/therapists, chiropractors, naturopaths, occupational/physical/speech therapists or other providers)? ........... ☐ ☑

b) Been a patient in a hospital, clinic, rehabilitation center, or medical facility? ........... ☐ ☑

c) Had any diagnostic or screening tests (EKGs, x-rays, blood tests, CT scans, MRI scans, heart scans, biopsies, or other tests except for human immunodeficiency virus or HIV)? ........... ☑ ☐

d) Had surgery? ........... ☑ ☐

e) Been advised to have any test, consultation, hospitalization, or surgery that was not completed (except as related to the human immunodeficiency virus or HIV)? ........... ☐ ☑

7. a) During the last 6 months, have you worked in your regular occupation less than your usual number of hours per week because of any sickness or injury? ........... ☐ ☑

b) In the last 5 years, have you requested or received payments, benefits, or a pension because of any injury, accident, sickness, disability, or impairing condition? ........... ☐ ☑

8. Complete 8a and 8b.
a) Do you have any immediate family members (including any living or deceased parents and siblings) who were ever diagnosed or treated by any member of the medical profession for heart disease, stroke, diabetes, kidney disease, cancer (e.g., melanoma, breast cancer, or other cancers), or any hereditary disease(s) or condition(s)? If "Yes," list any tests you may have had to evaluate inherited risk in DETAILS section. ........... ☐ ☑

b) Provide the following information about your immediate family members including any conditions from 8a:

| FAMILY MEMBER | CURRENT AGE (IF LIVING) | MEDICAL CONDITION(S) | AGE AT DIAGNOSIS | AGE AT DEATH | CAUSE OF DEATH? |
|---|---|---|---|---|---|
| Father | 73 | GC | | | |
| Mother | 71 / 49 | GC | | | |
| Sister(s) | 51 / 49 | GC | | | |
| Brother(s) | | | | | |

9. Complete 9a and 9b. Examiners – do not complete 9a.
a) Height: _____ Weight: _____
b) Have you lost more than 10 pounds in the last 6 months? ........... and explain the reason in DETAILS section. YES ☐ NO ☑
If "Yes," indicate the number of pounds lost _____

10. Have you ever tested positive for human immunodeficiency virus (HIV), or been diagnosed by a member of the medical profession with acquired immune deficiency syndrome (AIDS)? ........... ☐ ☑

11. Other than as previously stated on this application, are you taking any medications or drugs (legal or illegal, prescription or non-prescription/over-the-counter, supplements, or medical marijuana) for any reason? If "Yes," list the medication(s)/drug(s) and the reason(s) for use in DETAILS section. ........... ☑ ☐

12. If the insured is 5 years of age or under:
a) What was the insured's birth weight? _____ lbs. _____ oz.
b) Was the insured born prematurely (gestational age < 37 weeks)? If "Yes," what was the insured's gestational age (in weeks) at birth? _____ ☐ ☐
c) Has the insured been evaluated, tested, or treated for or diagnosed with developmental delay or disorders, any growth concerns (length/height/weight), or failure to thrive (FTT)? ........... ☐ ☐
d) Has the insured received or been advised to receive early education services or occupational, physical, speech, or language therapy? ........... ☐ ☐

**SIGNATURE(S)**

I have reviewed the answers and statements in this application and declare that they are correctly recorded, complete, and true to the best of my knowledge and belief. Statements in this application are representations and not warranties.

Signature of Insured (or Parent/Guardian)

Signed by Insured at CITY and STATE    Denver Co

Signature of _____

DATE (MM/DD/YYYY)    6/6/17

*Handwritten notes (right margin):*
Prilosem eprazole
for acid reflux
Sertralin HCL
for depression
on winer
#6a.6.C.a
12/2016
R knee acc.
Panorama
medical center
Golden, Co80401
x-ray, blood wor
4/2017
R foot
bonien
removed
5/2017
L foot bonien.
Removed.
Panorma
medical center
Golden Co
80401.
xray blood wor

KCC1990-4(0319) (REV)

06/21/2017 14:29:19

NORTHWESTERN0576
EXHIBIT A

LIFE.    PAGE  03/03

**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**
720 E. WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202

# PARAMEDICAL EXAMINATION

INSURED NAME (First, Middle Initial, Last) PRINT NAME: Darren Townsend

INSURED PHONE NUMBER: 729 984-7615    ☐ FEMALE  ☑ MALE

DRIVER'S LICENSE NUMBER: 94-158-0007    DRIVER'S LICENSE STATE: CO    WAS A PICTURE ID SHOWN FOR VERIFICATION? ☑ YES ☐ NO  XXX-XX.    SOCIAL SECURITY NUMBER

AMOUNT APPLIED FOR: $ 1 Mil    OCCUPATION: athletic manager    DATE OF BIRTH (MM/DD/YYYY): 6-7-1973

1. A. HEIGHT (WITHOUT SHOES) (ENTIRELY BAREFOOT): 5 FT 8 IN    B. WEIGHT (CLOTHED, WITHOUT SHOES) (DRESS W/O SHOES): 160 LBS.

2. BLOOD PRESSURE (NOT REQUIRED UNDER AGE 70) Take three readings if not while seated. SYSTOLIC/DIASTOLIC: 112/70   118/168   112   66    CUFF SIZE ☑ Regular ☐ Large ☐ Other

3. PULSE (RECORD FOR 1 FULL MINUTE) RATE: 62   / MIN    IRREGULARITIES / MIN ☑ NONE ☐ YES – IF YES, # IRREGULARITIES PER MINUTE _____ / MIN

4. IS THE INSURED CURRENTLY MENSTRUATING? ☐ YES ☑ NO    (NOTE: If female, please complete and note on form (if menstruating.)

5. ARE YOU AWARE OF ANY ADDITIONAL MEDICAL HISTORY OR OTHER FACTS CONCERNING THE INSURED? ☐ YES ☑ NO   IF YES, NOTE HERE _____

6. ARE YOU RELATED TO OR DO YOU HAVE A PERSONAL, PROFESSIONAL, OR BUSINESS RELATIONSHIP WITH THE INSURED? ☐ YES ☐ NO   IF YES, EXPLAIN _____

7. ARE YOU RELATED TO OR DO YOU HAVE A PERSONAL, PROFESSIONAL, OR BUSINESS RELATIONSHIP WITH THE FINANCIAL REPRESENTATIVE? ☐ YES ☑ NO   IF YES, EXPLAIN _____

8. ARE YOU CONNECTED WITH A NORTHWESTERN MUTUAL NETWORK OFFICE THROUGH EMPLOYMENT, FAMILY RELATIONSHIP OR OTHERWISE? ☐ YES ☑ NO   IF YES, EXPLAIN _____

9. WAS ANY PORTION OF THE EXAMINATION ASKED OR ANSWERED IN A LANGUAGE OTHER THAN ENGLISH? ☐ YES ☑ NO   IF YES:
WHAT PORTION OF THE EXAMINATION WAS TRANSLATED? _____
IN WHAT LANGUAGE WAS IT TRANSLATED? _____
NAME OF INTERPRETER? _____
INTERPRETER'S COMPANY? _____
RELATIONSHIP OF INTERPRETER TO INSURED? _____    ☐ IN RELATIONSHIP
RELATIONSHIP OF INTERPRETER TO FINANCIAL REPRESENTATIVE? _____    ☐ NO RELATIONSHIP

10. PLACE OF EXAMINATION ☑ INSURED'S HOME ☐ INSURED'S PLACE OF BUSINESS ☐ PARAMEDICAL COMPANY (BRANCH OFFICE) ☐ OTHER (SPECIFY LOCATION) _____

11. DATE OF EXAMINATION (MM/DD/YYYY): 6-6-2017    TIME OF EXAMINATION: ☐ AM ☐ PM

12. PRINT FULL NAME OF FINANCIAL REPRESENTATIVE WHO REQUESTED EXAMINATION: Scott Van Sickle

13. THE FOLLOWING SPECIMENS HAVE BEEN COLLECTED AND SENT TO THE AUTHORIZED INSURANCE LAB USING KIT: ☑ BLOOD ☑ URINE ☐ SALIVA
THE FOLLOWING STUDIES ARE ATTACHED TO THE EXAM OR WILL BE SENT TO THE HOME OFFICE:
☐ RESTING EKG (treatment care, item or both and date of the EKG must be posted on the EKG strip. The insured.)
☐ OTHER (Specify) _____

AD 470B7040 11

ATTACH BAR CODE HERE FROM LABORATORY CONSENT FORM

certify that the above is a record of the measurements I completed on the insured and that I completely and accurately recorded the information and answers to the questions on the Medical History Questionnaire (form 90-4) before the insured signed it. I certify that I have complied with all instructions in the Paramedical Instructions Page of this exam form.

PARAMEDICAL EXAMINER NAME (PRINT OR STAMP): _____    PHONE NUMBER: ( )

NAME OF PARAMEDICAL COMPANY (SELECT ONE):
APPS (AMERICAN PARA PROFESSIONAL SYSTEMS)
EMSI (EXAMINATION MANAGEMENT SERVICES, INC.)
☐ EXAMONE    ☐ PORTAMEDIC

Portamedic
Branch # 032
Englewood, CO-80112

OFFICE ADDRESS: _____    CITY/STATE/ZIP CODE: _____

P (01/05)    (1111)

NP-469-1

06/21/2017 14:29:19

NORTHWESTERN0577
EXHIBIT A