**EXHIBIT A TO BILL OF COSTS OF DEFENDANT THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**

Karen Townsend v. The Northwestern Mutual Life Insurance Company, Civil Action No. 20-cv-02809-KLM
U.S. District Court for the District of Colorado

## Fees of the Clerk

| Date | Amount | Description | Basis for Recovery |
|---|---|---|---|
| 09/16/20 | $216.00 | Notice of filing of notice of removal, *Karen Townsend v. The Northwestern Mutual Life Insurance Company*, Case No. 2020CV032719, District Court, City and County of Denver, Colorado, Colorado Courts E-Filing ID No. 1F43922FF57BE (Ex. B). | 28 U.S.C. §§ 1914, 1920(1) |
| 09/16/20 | 400.00 | Notice of Removal, CM/ECF Receipt No. 1082-7490946 | 28 U.S.C. §§ 1914, 1920(1) |
| **Subtotal** | **$616.00** | | |

## Fees of the Court Reporter for Transcripts Necessarily Obtained for Use in the Case[1]

| Date | Amount | Description | Basis for Recovery |
|---|---|---|---|
| 02/08/21 | $2,406.45 | Transcript of deposition of Plaintiff Karen Townsend (cited in Northwestern's Motion for Summary Judgment) ("MSJ") (invoice attached, Ex. C).[2] | 28 U.S.C. § 1920(2); *In re Williams Sec. Litig. – WCG Subclass*, 558 F.3d 1144, 1148-49 (10th Cir. 2009*)* (allowing costs of deposition transcripts when used in summary judgment motions and/or when "reasonably necessary to the litigation of the case")*; Diebold Enterprises Security Systems, Inc. v. Low Voltage Wiring, Ltd.*, No. 13-cv-00505-REB-KLM, 2014 WL 1874850, \*\*2-4 (D. Colo. May 9, 2014) (same, and including costs of transcripts |

---

[1] Northwestern is seeking only costs of deposition transcripts and associated court reporter charges, not video deposition charges.

[2] The claimed amount for this transcript does not include a $137.00 charge for a rough transcript.

| | | | taken by opposing party). |
|---|---|---|---|
| 04/22/21 | 712.00 | Transcript of deposition of Justine Strupp, Northwestern employee (taken by Plaintiff, cited in Plaintiff's Response to Northwestern's Rule 702 Motion, granted by Court in part) (invoice attached, Ex. C). | Same as above. |
| 04/23/21 | 393.75 | Transcript of deposition of Melissa Guidinger, Northwestern employee (taken by Plaintiff, cited in Northwestern's MSJ) (invoice attached, Ex. C). | Same as above. |
| 05/14/21 | 358.75 | Transcript of deposition of Cindy Snoda, Northwestern's contract employee (taken by Plaintiff) (invoice attached, Ex. C). | Same as above. |
| 05/18/21 | 1,517.80 | Transcript of deposition of David Charles Holland, M.D. (cited in Reply on Northwestern's MSJ) (invoice attached, Ex. C). | Same as above. |
| 05/26/21 | 335.25 | Transcript of deposition of Christopher Amidzich, Northwestern employee (taken by Plaintiff) (invoice attached, Ex. C). | Same as above. |
| 06/09/21 | 1,784.10 | Transcript of deposition of Carmen Merwin (cited in Northwestern's MSJ) (invoice attached, Ex. C). | Same as above. |
| 06/10/21 | 1,690.95 | Transcript of deposition of Jeremiah James (Jero) Repinski (cited in Northwestern's MSJ) (invoice attached, Ex. C). | Same as above. |
| 06/21/21 | 1,453.30 | Transcript of deposition of Larry O. Sanders, M.D. (cited in Northwestern's Rule 702 Motion) (invoice attached, Ex. C). | Same as above. |
| 07/12/21 | 444.75 | Transcript of deposition of Scott Van Sickle (taken by Plaintiff) (invoice attached, Ex. C). | Same as above. |
| 09/29/21 | 2,507.05 | Transcript of deposition of Laura Parker (cited in Northwestern's MSJ and in Northwestern's Rule 702 Motion) (invoice attached, Ex. C).[3] | Same as above. |
| **Subtotal** | **$13,604.15** | | |

---

[3] The rough transcript charge for this transcript is included because it was used in Northwestern's Rule 702 Motion.

**Fees for Costs of Making Copies of Any Materials Necessarily Obtained for Use in the Case**

| Date | Amount | Description | Basis for Recovery |
|---|---|---|---|
| 04/26/21 | $150.00 | Copies of Darren Townsend employment records, Colorado School of Mines, fee paid to Plaintiff's counsel for documents to be produced pursuant to Northwestern's discovery requests to Plaintiff (confirming emails attached, Ex. D). | 28 U.S.C. § 1920(4); *In re Williams Sec. Litig. – WCG Subclass*, 558 F.3d 1144, 1149 (10th Cir. 2009) (prevailing party need only demonstrate that "under the particular circumstances," the copies were "reasonably necessary for use in the case"). |
| **Subtotal** | **$150.00** | | |

**TOTAL COSTS:**                                                    **$14,370.15**

3