9/16/2020                                          Colorado Courts E-Filing

**Your filing has been successfully submitted to the court. Your filing is not considered final until the court accepts it.**

**Filing Information:**

**Filing ID:** 1F43922FF57BE
**Court Location:** Denver County - District
**Case Number:** 2020CV032719
**Case Caption:** Townsend, Karen v. Northwestern Mutual Life Ins Co
**Authorized Date:** 09/16/2020 3:10 PM
**Submitted By:** Megan Maclennan

**Filing Party(ies):**

| Party | Type | Status | Attorney |
|---|---|---|---|
| Northwestern Mutual Life Ins Co | Defendant | Active | Jon F Sands (Sweetbaum Sands Anderson PC)<br>Marilyn Sue Chappell (Sweetbaum Sands Anderson PC) |

**Documents:**

| Document ID | Document | Title | Statutory Fee | Security |
|---|---|---|---|---|
| DFD755F593E99 | Notice of Removal | Notice of Filing of Notice of Removal | $192.00 | Public |

**Service:**

| Party | Type | Attorney | Organization | Method |
|---|---|---|---|---|
| Karen Townsend | Plaintiff | Bradley Aaron Levin | Levin Sitcoff PC | E-Service |
| Karen Townsend | Plaintiff | Kerri J Rugh | Levin Sitcoff PC | E-Service |

**Submission Options:**

**Note To Clerk:** N/A
**Authorizer:** Marilyn Sue Chappell
**Submit Options:** Submit to the court and serve selected parties.

**Billing Information:**

**Statutory Filing Fees:** $192.00
**E-Filing Fees:** $12.00
**Service Fees:** $12.00
**Total Fees:** $216.00
**Billing Reference:** N204.002

EXHIBIT B