## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jon Sands | | |
|---|---|---|---|
| | Sweetbaum Sands Anderson PC | | |
| | 1125 17th Street | **Invoice #:** | **4836915** |
| | Suite 2100 | **Invoice Date:** | **2/18/2021** |
| | Denver, CO, 80202 | **Balance Due:** | **$2,543.45** |

| Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM) | Proceeding Type: Depositions |
|---|---|

Job #: 4417989   |   Job Date: 2/8/2021   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Jon Sands |
| Scheduling Atty: | Marilyn Chappell \| Sweetbaum Sands Anderson PC |

| Witness: Karen Townsend | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 137.00 | $671.30 |
| Exhibits | 106.00 | $37.10 |
| Rough Draft | 137.00 | $226.05 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Concierge Tech Support | 4.70 | $705.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 |
| Attendance (Half Day) | 1.00 | $125.00 |
| Exhibit Share | 1.00 | $325.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

| Notes: | Invoice Total: | $2,543.45 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,543.45 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4836915** |
|---|---|
| **Invoice Date:** | **2/18/2021** |
| **Balance Due:** | **$2,543.45** |

48392

EXHIBIT C

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2144 | 5/4/2021 | 1767 |

| Job Date | Case No. |
|---|---|
| 4/22/2021 | 1:20-cv-02809-KLM |

| Case Name |
|---|
| Karen Townsend vs The Northwestern Mutual Life Insurance Company |

| Payment Terms |
|---|
| Due upon receipt |

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Justine Strupp | 222.00 | Pages | @ | 3.000 | 666.00 |
| Exhibits - Scanned | 124.00 | Pages | @ | 0.250 | 31.00 |
| Email | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | | **$712.00** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, CO

**Tax ID:** 84-2570793

*Please detach bottom portion and return with payment.*

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

Invoice No.   : 2144
Invoice Date   : 5/4/2021
**Total Due**   : **$712.00**

Remit To: **Pike - Main**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.   : 1767
BU ID   : MAIN
Case No.   : 1:20-cv-02809-KLM
Case Name   : Karen Townsend vs The Northwestern
Mutual Life Insurance Company

EXHIBIT C

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2157 | 5/5/2021 | 1768 |

| Job Date | Case No. |
|---|---|
| 4/23/2021 | 1:20-cv-02809-KLM |

| Case Name | | |
|---|---|---|
| Karen Townsend vs The Northwestern Mutual Life Insurance Company | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Melissa Guidinger | 124.00 | Pages | @ | 3.000 | 372.00 |
| Exhibits - Scanned | 27.00 | Pages | @ | 0.250 | 6.75 |
| Email | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | | **$393.75** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, CO

**Tax ID:** 84-2570793

*Please detach bottom portion and return with payment.*

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

| | |
|---|---|
| Invoice No. | : 2157 |
| Invoice Date | : 5/5/2021 |
| **Total Due** | : **$393.75** |

Remit To: **Pike - Main**
**P.O. Box 3983**
**Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 1768 |
| BU ID | : MAIN |
| Case No. | : 1:20-cv-02809-KLM |
| Case Name | : Karen Townsend vs The Northwestern Mutual Life Insurance Company |

EXHIBIT C



**PIKE REPORTING COMPANY**
YOUR PATH THROUGH LITIGATION

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2241 | 5/28/2021 | 1908 |

| Job Date | Case No. |
|---|---|
| 5/14/2021 | 1:20-cv-02809-KLM |

| Case Name |
|---|
| Karen Townsend vs The Northwestern Mutual Life Insurance Company |

| Payment Terms |
|---|
| Due upon receipt |

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Cindy Snoda | | 113.00 | Pages | @ | 3.000 | 339.00 |
| Exhibits - Scanned | 19.00 | Pages | @ | 0.250 | 4.75 |
| Email | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |

**TOTAL DUE  >>>**                     **$358.75**

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, CO

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$358.75** |

**Tax ID:** 84-2570793

*Please detach bottom portion and return with payment.*

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

| | |
|---|---|
| Invoice No. | : 2241 |
| Invoice Date | : 5/28/2021 |
| **Total Due** | : **$358.75** |

Remit To:  **Pike Reporting Company**
            **P.O. Box 3983**
            **Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 1908 |
| BU ID | : MAIN |
| Case No. | : 1:20-cv-02809-KLM |
| Case Name | : Karen Townsend vs The Northwestern Mutual Life Insurance Company |

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Marilyn Chappell | | |
|---|---|---|---|
| | Sweetbaum Sands Anderson PC | **Invoice #:** | **5048940** |
| | 1125 17th Street | **Invoice Date:** | **6/3/2021** |
| | Suite 2100 | **Balance Due:** | **$1,517.80** |
| | Denver, CO, 80202 | | |

| Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM) | Proceeding Type: Depositions |
|---|---|

Job #: 4578314    |    Job Date: 5/18/2021    |    Delivery: Normal

Location:        Denver, CO

Billing Atty:        Marilyn Chappell

Scheduling Atty:        Marilyn Chappell | Sweetbaum Sands Anderson PC

| Witness: David Charles Holland , MD | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 87.00 | $426.30 |
| Exhibits | 50.00 | $17.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Concierge Tech Support | 3.00 | $495.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 |
| Attendance (Half Day) | 1.00 | $125.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,517.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,517.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5048940** |
|---|---|
| **Invoice Date:** | **6/3/2021** |
| **Balance Due:** | **$1,517.80** |

48392

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Marilyn Chappell |
| | Sweetbaum Sands Anderson PC |
| | 1125 17th Street |
| | Suite 2100 |
| | Denver, CO, 80202 |

| | |
|---|---|
| **Invoice #:** | **5094058** |
| **Invoice Date:** | **6/24/2021** |
| **Balance Due:** | **$1,784.10** |

| Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM) | Proceeding Type: Depositions |
|---|---|

Job #: 4578344   |   Job Date: 6/9/2021   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Marilyn Chappell |
| Scheduling Atty: | Marilyn Chappell | Sweetbaum Sands Anderson PC |

| Witness: Carmen O. Merwin | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 114.00 | $558.60 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Concierge Tech Support | 4.00 | $660.00 |
| Attendance (Half Day) | 1.00 | $125.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,784.10** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,784.10** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

48392

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5094058** |
| **Invoice Date:** | **6/24/2021** |
| **Balance Due:** | **$1,784.10** |

EXHIBIT C

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2301 | 6/8/2021 | 1921 |

| Job Date | Case No. |
|---|---|
| 5/26/2021 | 1:20-cv-02809-KLM |

| Case Name |
|---|
| Karen Townsend vs The Northwestern Mutual Life Insurance Company |

| Payment Terms |
|---|
| Due upon receipt |

**PIKE REPORTING COMPANY**
YOUR PATH THROUGH LITIGATION

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Christopher Amidzich | 105.00 | Pages | @ | 3.000 | 315.00 |
| Exhibits - Scanned | 21.00 | Pages | @ | 0.250 | 5.25 |
| Email | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | | **$335.25** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, CO

| ( - ) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$335.25** |

**Tax ID:** 84-2570793

*Please detach bottom portion and return with payment.*

Jon F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

Invoice No.    : 2301
Invoice Date  : 6/8/2021
**Total Due**    : **$335.25**

Remit To:  **Pike Reporting Company**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.      : 1921
BU ID       : MAIN
Case No.     : 1:20-cv-02809-KLM
Case Name   : Karen Townsend vs The Northwestern Mutual Life Insurance Company

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Marilyn Chappell | | |
|---|---|---|---|
| | Sweetbaum Sands Anderson PC | **Invoice #:** | **5096235** |
| | 1125 17th Street | **Invoice Date:** | **6/24/2021** |
| | Suite 2100 | **Balance Due:** | **$1,690.95** |
| | Denver, CO, 80202 | | |

| **Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4578355    |    Job Date: 6/10/2021    |    Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Marilyn Chappell |
| Scheduling Atty: | Marilyn Chappell | Sweetbaum Sands Anderson PC |

| Witness: Jeremiah James Repinski | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 101.00 | $494.90 |
| Exhibits | 113.00 | $39.55 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 |
| Attendance (Half Day) | 1.00 | $125.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Concierge Tech Support | 3.50 | $577.50 |

| Notes: | **Invoice Total:** | **$1,690.95** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,690.95** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

48392

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5096235** |
|---|---|
| **Invoice Date:** | **6/24/2021** |
| **Balance Due:** | **$1,690.95** |

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Marilyn Chappell | **Invoice #:** | **5115287** |
| Sweetbaum Sands Anderson PC | **Invoice Date:** | **7/2/2021** |
| 1125 17th Street | **Balance Due:** | **$1,453.30** |
| Suite 2100 | | |
| Denver, CO, 80202 | | |

| | |
|---|---|
| **Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM)** | **Proceeding Type: Depositions** |

Job #: 4635095   |   Job Date: 6/21/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Denver, CO |
| Billing Atty: | Marilyn Chappell |
| Scheduling Atty: | Marilyn Chappell | Sweetbaum Sands Anderson PC |

| Witness: Larry O. Sanders M.D | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 59.00 | $289.10 |
| Exhibits | 22.00 | $7.70 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 |
| Attendance (Half Day) | 1.00 | $125.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Concierge Tech Support | 3.50 | $577.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,453.30** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,453.30** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5115287** |
| **Invoice Date:** | **7/2/2021** |
| **Balance Due:** | **$1,453.30** |

48392

EXHIBIT C



PIKE REPORTING COMPANY

YOUR PATH THROUGH LITIGATION

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2565 | 7/21/2021 | 2190 |
| **Job Date** | **Case No.** | |
| 7/12/2021 | 1:20-cv-02809-KLM | |
| **Case Name** | | |
| Karen Townsend vs The Northwestern Mutual Life Insurance Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marilyn S. Chappell
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Scott Van Sickle | 125.00 | Pages | @ | 3.000 | 375.00 |
| Exhibits - Scanned | 219.00 | Pages | @ | 0.250 | 54.75 |
| Email | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | | **$444.75** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, CO

**Tax ID:** 84-2570793

*Please detach bottom portion and return with payment.*

Marilyn S. Chappell
Sweetbaum Sands Anderson PC
1125 Seventeenth Street
Suite 2100
Denver , CO

| | | |
|---|---|---|
| Invoice No. | : | 2565 |
| Invoice Date | : | 7/21/2021 |
| **Total Due** | : | **$444.75** |

Remit To: **Pike Reporting Company**
**P.O. Box 3983**
**Louisville, KY 40201**

| | | |
|---|---|---|
| Job No. | : | 2190 |
| BU ID | : | MAIN |
| Case No. | : | 1:20-cv-02809-KLM |
| Case Name | : | Karen Townsend vs The Northwestern Mutual Life Insurance Company |

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jon Sands | | |
|---|---|---|---|
| | Sweetbaum Sands Anderson PC | **Invoice #:** | **5320220** |
| | 1125 17th Street | **Invoice Date:** | **10/12/2021** |
| | Suite 2100 | **Balance Due:** | **$2,507.05** |
| | Denver, CO, 80202 | | |

| | |
|---|---|
| **Case: Townsend, Karen v. The Northwestern Mutual Life Insurance Company (1:20-cv-02809-KLM)** | **Proceeding Type: Depositions** |

Job #: 4812210   |   Job Date: 9/29/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Denver, CO |
| Billing Atty: | Jon Sands |
| Scheduling Atty: | Marilyn Chappell | Sweetbaum Sands Anderson PC |

| Witness: Laura Parker | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 112.00 | $548.80 |
| Exhibits | 61.00 | $21.35 |
| Rough Draft | 112.00 | $184.80 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Attendance (Half Day) | 1.00 | $150.00 |
| Delivery & Handling | 1.00 | $28.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Concierge Tech Support | 4.50 | $675.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 |
| Exhibit Share | 1.00 | $325.00 |

Notes:

---

**THIS INVOICE IS 142 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5320220** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/12/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,507.05** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

EXHIBIT C

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



|  |  |  |
|---|---|---|
| **Invoice Total:** | **$2,358.95** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$148.10** |
| **Balance Due:** | **$2,507.05** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 142 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5320220** |
| **Invoice Date:** | **10/12/2021** |
| **Balance Due:** | **$2,507.05** |

EXHIBIT C