**From:** Marilyn S. Chappell <mchappell@sweetbaumsands.com>
**Sent:** Monday, April 26, 2021 11:48 AM
**To:** Nicole R. Peterson <nrp@levinsitcoff.com>; Kerri Rugh <kjr@levinsitcoff.com>; Jon F. Sands <jsands@sweetbaumsands.com>
**Cc:** Megan MacLennan <mmaclennan@sweetbaumsands.com>; Bradley A. Levin, Esq. <bal@levinsitcoff.com>
**Subject:** RE: Townsend v. The Northwestern - depositions

Thanks Nicole – we really appreciate it, and will order a check to be sent to you.  --Marilyn

Regards,

Marilyn S. Chappell
Sweetbaum Sands Ramming PC
1125 17th Street, Suite 2100
Denver, CO 80202
303-296-3377
Fax 303-296-7343
www.SweetbaumSands.com

----- Confidentiality Notice -----

This electronic message transmission contains information from the law firm of Sweetbaum Sands Ramming PC, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by email or by telephone (303-296-3377) and delete the original message.

**From:** Nicole R. Peterson <nrp@levinsitcoff.com>
**Sent:** Monday, April 26, 2021 11:39 AM
**To:** Marilyn S. Chappell <mchappell@sweetbaumsands.com>; Kerri Rugh <kjr@levinsitcoff.com>; Jon F. Sands <jsands@sweetbaumsands.com>
**Cc:** Megan MacLennan <mmaclennan@sweetbaumsands.com>; Bradley A. Levin, Esq. <bal@levinsitcoff.com>
**Subject:** RE: Townsend v. The Northwestern - depositions

Marilyn,

We received the below response from the Colorado School of Mines regarding the record request.  We authorized the payment for $150 for them to prepare the records and think that a check from our firm will cause less confusion with the School of Mines.  Could you please send the check to our office to cover this cost?

We have estimated the staff time and cost for retrieving, reviewing and preparing for transmittal the records you have requested. We estimate a total of 6 hours will be required. **Per our policy, you would be required to pay a fee of $150 ($30 per hour in excess of the first hour). Please confirm your agreement to pay this fee.** We will need a check for this amount in advance of providing the requested records.

Thank you,

EXHIBIT D

Nicole R. Peterson

# LEVIN | SITCOFF

1512 Larimer Street, Suite 650, Denver, CO 80202

Tel:  303-575-9390

Fax: 303-575-9385

nrp@levinsitcoff.com

www.levinsitcoff.com

🌲 Consider the environment. Do you really need to print this email?
The information contained in this email is intended solely for the addressee(s) named above and is confidential and may be attorney work product or attorney-client privileged. If the reader of this notice is not the intended recipient of this email, you are prohibited from reading or disclosing the information contained in this transmission. Any unauthorized examination, use, dissemination, distribution or copying of the material constituting this transmission is prohibited. If you have received this transmission in error, please contact us immediately by telephone for instructions.

EXHIBIT D