**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02809-KLM

KAREN TOWNSEND,

     Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

     Defendant.

---

### STIPULATION REGARDING COSTS CLAIMED BY DEFENDANT

---

Plaintiff Karen Townsend and Defendant The Northwestern Mutual Life Insurance Company, through their respective undersigned counsel, respectfully state as follows regarding Defendant's Bill of Costs filed in this matter (Docs. 62, 62-1, 62-2, 62-3, and 62-4):

1.    Plaintiff stipulates to the amount of costs awardable in the amount of $14,370.15 as stated in the Bill of Costs.

2.    Plaintiff reserves all objections regarding Defendant's ultimate entitlement to an award of costs pending resolution of her appeal of this matter, *Karen Townsend v. The Northwestern Mutual Life Insurance Company*, No. 22-1069, U.S. Court of Appeals for the Tenth Circuit.

3.    Defendant does not intend to seek collection of costs pending resolution of Plaintiff's appeal.

Respectfully submitted,

LEVIN SITCOFF PC

s/ Kerri J. Anderson
Bradley A. Levin
Kerri J. Anderson
1512 Larimer Street, Suite 650
Denver, Colorado 80202
Telephone: (303) 575-9390
Fax: (303) 575-9385
bal@levinsitcoff.com
kjr@levinsitcoff.com
**Attorneys for Plaintiff**

SWEETBAUM SANDS RAMMING PC

s/ Marilyn S. Chappell
Jon F. Sands
Marilyn S. Chappell
1125 Seventeenth St., Ste. 2100
Denver, CO 80202
Phone: (303) 296-3377
Fax: (303) 296-7343
jsands@sweetbaumsands.com
mchappell@sweetbaumsands.com
**Attorneys for Defendant**