**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02809-KLM

KAREN TOWNSEND,

     Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

     Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The Plaintiff, Karen Townsend, and the Defendant, The Northwestern Mutual Life Insurance Company, pursuant to Fed. R. Civ. P. 41(a), stipulate that Plaintiff's claims against Defendant be dismissed with prejudice, each party to pay her or its own costs and attorney's fees.

Respectfully submitted,

| **Levin Sitcoff Waneka** | **Sweetbaum Sands Ramming PC** |
|---|---|
| *s/ Kerri J. Anderson* | *s/ Jon F. Sands* |
| Bradley A. Levin | Jon F. Sands |
| Kerri J. Anderson | Marilyn S. Chappell |
| 1512 Larimer St., Suite 650 | 1125 17th St., Suite 2100 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Phone: (303) 575-9390 | Phone: (303) 296-3377 |
| brad@lsw-legal.com | jsands@sweetbaumsands.com |
| kerri@lsw-legal.com | mchappell@sweetbaumsands.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |