# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02809-KLM

KAREN TOWNSEND,

      Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

      Defendant.

---

## NORTHWESTERN'S NOTICE OF WITHDRAWAL OF BILL OF COSTS (DOC. 62)

---

Defendant The Northwestern Mutual Life Insurance Company (Northwestern) respectfully provides notice that it is withdrawing its Bill of Costs in this matter (Docs. 62, 62-1, 62-2, 62-3, and 62-4), in light of the resolution reached in this matter and the pending appeal, *Karen Townsend v. Northwestern Mutual Life Insurance Company*, No. 22-1069, U.S. Court of Appeals for the Tenth Circuit, on April 14, 2022.

      Respectfully submitted,

                                 *s/ Marilyn S. Chappell*
                                 Jon F. Sands
                                 Marilyn S. Chappell
                                 Sweetbaum Sands Ramming PC
                                 1125 Seventeenth Street, Suite 2100
                                 Denver, Colorado 80202
                                 Phone: (303) 296-3377
                                 jsands@sweetbaumsands.com
                                 mchappell@sweetbaumsands.com

                                 ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2022, I electronically filed the foregoing **NORTHWESTERN'S NOTICE OF WITHDRAWAL OF BILL OF COSTS (DOC. 62)** with the Clerk of the Court using the CM/ECF system which will send it to the following.

Bradley A. Levin
Kerri J. Anderson
Levin Sitcoff PC
1512 Larimer St., Suite 650
Denver, Colorado 80202
Brad@lsw-legal.com
Kerri@lsw-legal.com

*s/Megan MacLennan*

2